# HERRICK

NEW YORK
NEWARK
PRINCETON

ROBERT L. RATTET
PARTNER
Direct Tel:   212.592.1491
Direct Fax:   212.545.2324

Email:  rrattet@herrick.com

March 28, 2014

**VIA ECF ONLY**

Hon. Arthur Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

       Re:   *Chiquita Fresh North America, LLC v. Long Island Banana Corp.*;
              Case No. 14-cv-982

Dear Judge Spatt :

      We represent defendants Long Island Banana Corp. ("LIB"), Suffolk Banana Co., Inc. ("Suffolk") and Thomas Hoey, Jr. in the action-captioned above. We write to clarify a statement in our prior letter filed earlier today [Docket No. 194]. At the time that we submitted the letter to the Court, we operated under the good faith belief that negotiations with the landlord at 26 Williams Street and with another party for the purchase of assets of Suffolk were ongoing and that offers in connection therewith were outstanding. We have been informed by counsel for the landlord and counsel for the party negotiating the Suffolk asset sale that their offers have been withdrawn. There are currently pending negotiations with other parties for the sale of the assets of LIB and/or Suffolk.

                                     Respectfully submitted,

                                     Robert L. Rattet

HERRICK, FEINSTEIN LLP

A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com