# HERRICK

NEW YORK
NEWARK
PRINCETON

ROBERT L. RATTET
PARTNER
Direct Tel:   212.592.1491
Direct Fax:  212.545.2324

Email: rrattet@herrick.com

April 4, 2014

VIA EMAIL
Lawrence Omansky, Esq.
51 Warren Street
Suite 1
New York, NY 10007

Re: *Chiquita Fresh North America, LLC v. Long Island Banana Corp.*--Case No. 14-cv-982

Dear Larry:

Please be advised that the Hon. Arthur D. Spatt, who presides in the matter captioned above, has directed that you appear before him at 10 a.m., on Monday, April 7, 2014 in a continued hearing regarding whether the proceeds of the sale of the real property at 596 Merrick Avenue constitute a PACA asset.

Very truly yours,

Robert Rattet/SBS

Robert Rattet

cc: VIA EMAIL
Greg Brown, Esq.
Joseph Maniscalco, Esq.
Lawrence Kreinces, Esq.
Gary Kushner, Esq.

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

HF 912703v.1

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com