## PACA TRUST CHART OF CLAIMANT - SUFFOLK

| Invoice Number | Date of Acceptance (of Invoice or Shipment) | Payment Due Date | Date Notice Filed (If Applies) | Elapsed Days (If Applies) | Invoice Amount Due | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 824864 | 7/17/13 | 7/27/13 | | | $119.01 | $119.01 |
| 839823 | 9/17/13 | 9/27/13 | | | $165.00 | $165.00 |
| 421286 | 9/24/13 | 10/4/13 | | | $133.00 | $133.00 |
| 516983 | 10/14/13 | 10/24/13 | | | $2,135.00 | $2,135.00 |
| 815938 | 10/14/13 | 10/24/13 | | | $3,060.00 | $3,060.00 |
| 846404 | 10/16/13 | 10/26/13 | | | $468.00 | $468.00 |
| 851223 | 11/11/13 | 11/21/13 | | | $8.25 | $8.25 |
| 851473 | 11/13/13 | 11/23/13 | | | $2,080.00 | $2,080.00 |
| 852063 | 11/15/13 | 11/25/13 | | | $36.00 | $36.00 |
| 852174 | 11/16/13 | 11/26/13 | | | $614.30 | $614.30 |
| 850081 | 11/22/13 | 12/2/13 | | | $1,332.00 | $1,332.00 |
| 853237 | 11/21/13 | 12/1/13 | | | $2,724.00 | $2,724.00 |
| 854459 | 11/29/13 | 12/9/13 | | | $360.15 | $360.15 |
| 854559 | 11/30/13 | 12/10/13 | | | $740.57 | $740.57 |
| 854639 | 11/30/13 | 12/10/13 | | | $229.00 | $229.00 |
| 854947 | 12/2/13 | 12/12/13 | | | $7.50 | $7.50 |
| 855145 | 12/3/13 | 12/13/13 | | | $1.25 | $1.25 |
| 855494 | 12/5/13 | 12/15/13 | | | $21.24 | $21.24 |
| 855784 | 12/6/13 | 12/16/13 | | | $3.45 | $3.45 |
| 855888 | 12/7/13 | 12/17/13 | | | $405.48 | $405.48 |
| 856033 | 12/8/13 | 12/18/13 | | | $1,248.00 | $1,248.00 |
| 856275 | 12/9/13 | 12/19/13 | | | $8.50 | $8.50 |
| 856762 | 12/12/13 | 12/22/13 | | | $9.40 | $9.40 |

| Invoice Number | Date of Acceptance (of Invoice or Shipment) | Payment Due Date | Date Notice Filed (If Applies) | Elapsed Days (If Applies) | Invoice Amount Due | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 857187 | 12/14/13 | 12/24/13 | | | $370.35 | $370.35 |
| 858102 | 12/18/13 | 12/28/13 | | | $48.00 | $48.00 |
| 858365 | 12/20/13 | 12/30/13 | | | $3.60 | $3.60 |
| 858401 | 12/20/13 | 12/30/13 | | | $96.00 | $96.00 |
| 858511 | 12/21/13 | 12/31/13 | | | $232.64 | $232.64 |
| 858857 | 12/23/13 | 1/3/14 | | | $74.00 | $74.00 |
| 858908 | 12/23/13 | 1/3/14 | | | $385.00 | $385.00 |
| 858916 | 12/23/13 | 1/3/14 | | | $872.00 | $872.00 |
| 859193 | 12/26/13 | 1/6/14 | | | $27.00 | $27.00 |
| 859510 | 12/27/13 | 1/7/14 | | | $15.00 | $15.00 |
| 859560 | 12/28/13 | 1/8/14 | | | $1,425.40 | $1,425.40 |
| 859642 | 12/28/13 | 1/8/14 | | | $17.00 | $17.00 |
| 859932 | 12/30/13 | 1/10/14 | | | $45.00 | $45.00 |
| 860149 | 12/31/13 | 1/11/14 | | | $15.00 | $15.00 |
| 860332 | 1/2/14 | 1/12/14 | | | $84.00 | $84.00 |
| 860555 | 1/4/14 | 1/14/14 | | | $2,718.50 | $2,718.50 |
| 860625 | 1/4/14 | 1/14/14 | | | $280.00 | $280.00 |
| 860873 | 1/6/14 | 1/16/14 | | | $68.00 | $68.00 |
| 860878 | 1/6/14 | 1/16/14 | | | $11.50 | $11.50 |
| 861024 | 1/7/14 | 1/17/14 | | | $32.00 | $32.00 |
| 861213 | 1/8/14 | 1/18/14 | | | $100.00 | $100.00 |
| 861355 | 1/9/14 | 1/19/14 | | | $55.90 | $55.90 |
| 861611 | 1/10/14 | 1/20/14 | | | $249.00 | $249.00 |
| 861600 | 1/10/14 | 1/20/14 | | | $19.69 | $19.69 |
| 862357 | 1/15/14 | 1/25/14 | | | $13.60 | $13.60 |

| Invoice Number | Date of Acceptance (of Invoice or Shipment) | Payment Due Date | Date Notice Filed (If Applies) | Elapsed Days (If Applies) | Invoice Amount Due | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 862513 | 1/16/14 | 1/26/14 | | | $104.50 | $104.50 |
| 862992 | 1/18/14 | 1/28/14 | | | $19.50 | $19.50 |
| 863186 | 1/20/14 | 1/30/14 | | | $112.00 | $112.00 |
| 863406 | 1/21/14 | 1/31/14 | | | $658.50 | $658.50 |
| | | | | | | |
| | | | | | $24,061.78 | $24,061.78 |
| | | | | | | |
| | Attorney's fees at 25% | | | | | $6,015.44 |
| | | | | | | |
| | | | | | **TOTALS:** | $30,077.22 |

* As stated on invoices

8