# EXHIBIT A

Reporting Level:   Operating Unit

Reporting Entity:   DWFP_NA_TRADE

Order By:   Customer

Balancing Segment: 102

| Invoice Number | Type | PO #/Ref# | Trans Date | Original Amount | Current | 11-21 Days | 22-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | Over 180 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LONG ISLAND BANANA, INC. | | 122775 | | | | | | | | | |
| LONG ISLAND BANANA, INC. -, 28 WILLIAM STREET, LYNBROOK, NY | | | | | | | | | 516 599-8844 | | |
| 8154031 | PROF | 2K0418 | 02-DEC-13 | 11616.00 | | | | 11,616.00 | | | |
| 8160780 | PROF | 2M9305 | 27-DEC-13 | 9696.00 | | | 9,696.00 | | | | |
| 8164987 | PROF | 2Q1107 | 13-JAN-14 | 9696.00 | | 9,696.00 | | | | | |
| Total : | | | | 31,008.00 | 0.00 0.00% | 9,696.00 31.27% | 9,696.00 31.27% | 11,616.00 37.46% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% |

Site Credit Memos:   0.00
Site Payments:   0.00
Site Balance:   31,008.00

Customer Credit Memos:   0.00
Customer Payments:   0.00
Customer Type Total:   31,008.00

Company Total:   31,008.00

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total: | | | | 31,008.00 | 0.00 0.00% | 9,696.00 31.27% | 9,696.00 31.27% | 11,616.00 37.46% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% |

Total Payments and Credit Memos:   0.00

Total Customer Balance:   31,008.00

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO    IL    60693-0169

**Bill To:**
LONG ISLAND BANANA, INC.
28 WILLIAM STREET

LYNBROOK    NY    11563-2347
**[1156323478]**

**Ship To:**
LONG ISLAND BANANA
28 WILLIAM STREET

LYNBROOK    NY    11563

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8154031 | 12/02/13 | 11/29/13 | ZK0418 | ZK0418 | | AP466W NJ | LST1348 |

## PRODUCT DESCRIPTION

| | | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | PR | 40 | DM | BANANAS | P S B | EC HLW | HL | HL | 960 | $12.10 | $11,616.00 |
| | | | | | Product of Ecuador | | | | | | | |
| TI | 099 | DT | | | DELTATRAK-STRIPCHART TEMP. REC | | | | HL | 1 | $0.00 | $0.00 |

| Invoice Total Please Remit In U.S. Dollars | $11,616.00 |
|---|---|

*Sales Person:* 760
*Customer #/Code:* 122775      /LONGISLE
*Trade Terms:* D   - DELIVERED SALE
*Order Type:* REGULAR

### TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale.  You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. Box 149222, Coral Gables, FL  33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act,
1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities
and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees  plus the cost of all legal
action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

### COPY - NOT AN ORIGINAL INVOICE

# DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| *Bill To:* | 122775 | *Invoice #:* | 8154031 |
| *Bill To Name:* | LONG ISLAND BANANA, INC. | *Invoice Date:* | 12/02/13 |
| *P.O. #:* | ZK0418 | *Invoice Amount:* | $11,616.00 |
| *S.O. #:* | ZK0418 | *Remittance Amount:* | |

# BILL OF LADING

## Del Monte Fresh Produce N.A., Inc.

**Ship From**

Holt - Port Gloucester
701 North Broadway
Gloucester City  NJ  08030
0

**Transportation Contact**
EDWARD SCHMELTZER
PO BOX 149222
Coral Gables    Fl 331149222

Bill To:
LONG ISLAND BANANA, INC.
28 WILLIAM STREET
LYNBROOK          NY          115632347

Ship To:
LONG ISLAND BANANA
28 WILLIAM STREET

LYNBROOK          NY
(516) 599-8844

**Sales Order# ZK0418**
DM Truck ID: 4196319
Ship Date: 11/29/13
Sales Person: Lopez, Cuky
P.O. Number 1:
P.O. Number 2:
Carrier/Broker: DE MARCO PRODUCE INC.
DELIVER ON:  12/2/2013

| UNITS | COMMODITY DESCRIPTION |
|-------|----------------------|
| 960 | Bananas Del Monte Premium Consumer Bags Surface Palletized |
|  | Product of Ecuador |

12/2/13

Shipping Instructions:

Temp Recorder(s): 6339
Total Quantity Shipped: 960
Carrier: AE DISTRIBUTION
License: AP466W NJ

Total Est. Net Weight: 38,400
Total Palletized Weight: 44,000
Time In: 14:48:00
Time Out: 16:46:46

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @** **60°F** in continuous operation mode.  Failure to do so may result in damage claims.  Notify shipper of any significant variations.

o I have received the merchandise described above in good shipping condition and have verified the count.
o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
o Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.
o Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

| DRIVER'S SIGNATURE | SHIPPER'S SIGNATURE | CONSIGNEE |
|--------------------|---------------------|-----------|