**EXHIBIT B**

**Aged Accounts Receivable**  
Banacol Marketing Corp

March 28, 2014  10:41 AM  
Page   1  
salinani

(Detail, aged as of March 27, 2014)  
Aged by  transaction date.  
Customer: No.: LONISL

| No. | Name | | | ........Document........ | | | Balance Due | Current | 31 - 60 Days | ........Aged Customer Balances........ 61 - 90 Days | 91 - 120 Days | Over 120 Days | Doc. Curr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trx Date | Description | Prep | Typ | Number | Ext. Doc. No. | | | Contact | | | | | |
| LONISL | Long Island Banana Co | | | Phone No. | 516-599-8844 ext.108 | | | Tom Hoey | | | | | |
| | | | | *** This customer is blocked for All processing *** | | | | | | | | | |
| 12/06/13 | Order SO-196206 | No | 2 | INV-173732 | | | 7,872.00 | 0.00 | 0.00 | 0.00 | 7,872.00 | 0.00 | |
| 12/13/13 | Order SO-196476 | No | 2 | INV-173991 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/13/13 | Order SO-196477 | No | 2 | INV-173992 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/13/13 | Order SO-196478 | No | 2 | INV-173993 | | | 10,896.00 | 0.00 | 0.00 | 0.00 | 10,896.00 | 0.00 | |
| 12/13/13 | Order SO-196479 | No | 2 | INV-173994 | | | 10,896.00 | 0.00 | 0.00 | 0.00 | 10,896.00 | 0.00 | |
| 12/13/13 | Order SO-196506 | No | 2 | INV-174002 | | | 9,792.00 | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | |
| 12/20/13 | Order SO-196756 | No | 2 | INV-174218 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/20/13 | Order SO-196757 | No | 2 | INV-174219 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/20/13 | Order SO-196758 | No | 2 | INV-174220 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/20/13 | Order SO-196759 | No | 2 | INV-174221 | | | 9,792.00 | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | |
| 12/20/13 | Order SO-196760 | No | 2 | INV-174222 | | | 9,168.00 | 0.00 | 0.00 | 0.00 | 9,168.00 | 0.00 | |
| 12/24/13 | Order SO-196747 | No | 2 | INV-174359 | | | 9,792.00 | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | |
| 12/24/13 | Order SO-197040 | No | 2 | INV-174418 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/26/13 | Order SO-197041 | No | 2 | INV-174481 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/26/13 | Order SO-197043 | No | 2 | INV-174482 | | | 9,792.00 | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | |
| 12/26/13 | Order SO-197042 | No | 2 | INV-174509 | | | 11,856.00 | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | |
| 12/31/13 | Order SO-197234 | No | 2 | INV-174608 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/02/14 | Order SO-197235 | No | 2 | INV-174730 | | | 10,896.00 | 0.00 | 0.00 | 10,896.00 | 0.00 | 0.00 | |
| 01/02/14 | Order SO-197236 | No | 2 | INV-174731 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/02/14 | Order SO-197237 | No | 2 | INV-174732 | | | 8,832.00 | 0.00 | 0.00 | 8,832.00 | 0.00 | 0.00 | |
| 01/02/14 | Order SO-197238 | No | 2 | INV-174733 | | | 12,600.00 | 0.00 | 0.00 | 12,600.00 | 0.00 | 0.00 | |
| 01/10/14 | Order SO-197567 | No | 2 | INV-174954 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/10/14 | Order SO-197568 | No | 2 | INV-174955 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/10/14 | Order SO-197569 | No | 2 | INV-174956 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/16/14 | Order SO-197760 | No | 2 | INV-175190 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/16/14 | Order SO-197761 | No | 2 | INV-175191 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/16/14 | Order SO-197762 | No | 2 | INV-175192 | | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| | Balance to Carry Forward | | | | | | 300,024.00 | 0.00 | 0.00 | 127,176.00 | 172,848.00 | 0.00 | |

| No. | Name | | | | | | | Aged Customer Balances | | | | Doc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trx Date | Description | Prep | Typ | Number | Ext. Doc. No. | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Curr. |
| | Balance Forward | | | | | 300,024.00 | 0.00 | 0.00 | 127,176.00 | 172,848.00 | 0.00 | |
| 01/17/14 | Order SO-197763 | No | 2 | INV-175223 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/24/14 | Order SO-197995 | No | 2 | INV-175429 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| 01/24/14 | Order SO-197996 | No | 2 | INV-175430 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | |
| LONISL | Total Amount Due | | | | | 335,592.00 | 0.00 | 0.00 | 162,744.00 | 172,848.00 | 0.00 | |
| | | | | | Credit Limit: | 600,000 | 0.00% | 0.00% | 48.49% | 51.51% | 0.00% | |
| | Report Total Amount Due (USD) | | | | | 335,592.00 | 0.00 | 0.00 | 162,744.00 | 172,848.00 | 0.00 | |
| | | | | | | | 0.00% | 0.00% | 48.49% | 51.51% | 0.00% | |



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**INVOICE**

| DATE | 12/06/13 |
|---|---|
| TOTAL AMOUNT | 7,872.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173732 | 12/06/13 | 01/05/14 |
| TERMS | | Truck Name | Trailer Name | | OUR ORDER NO |
| Net 30 Days | | | A8208 | | SO-196206 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 4.00 | 3,840.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.20 | 4,032.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 7,872.00 |
| Invoice Total | 7,872.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BILL OF LADING

**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465



| Name of Carrier | Truck License No. | Trailer No. | Temp. Recorder No. | Bill of Lading No. |
|---|---|---|---|---|
| CARGO | 19655PB-NY | A8208 | | BOL-217544 |

| Customer P.O. / Shipping Temp. / | Order No. | Order Date | Pickup Date |
|---|---|---|---|
| | SO-196206 | 12/02/13 | 12/06/13 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| | |
|---|---|
| Driver's First & Last Name (Please Print): | Henry Bettan |
| Driver's Acknowledgment of Receipt (Signature): | Henry Bett |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment