UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHIQUITA FRESH NORTH AMERICA, LLC,
DOLE FRESH FRUIT COMPANY,
S. KATZMAN PRODUCE INC., and
KATZMAN BERRY CORP.,

Plaintiffs,

- against -

LONG ISLAND BANANA CORP., SUFFOLK
BANANA CO., INC., and THOMAS J. HOEY,

Defendants.
---------------------------------------------------------------X

Case No. 2:14-cv-982 (ADS)(AKT)

**DECLARATION IN SUPPORT
OF PACA TRUST CLAIM OF
DEL MONTE FRESH
PRODUCE NA., INC.**

I, Julio Garriga, declare as follows:

1. I am the Manager, Credit & Collections of Del Monte Fresh Produce N.A, Inc. (hereinafter referred to as "Claimant"), and am a custodian of the books an records of Claimant. I file this Declaration and declare under penalty of perjury that the following are true statements and that the attached documents are true and correct copies, or original documents, which are filed with this Declaration for the purpose of supporting Claimant's PACA claim as a beneficiary of the trust created by virtue of Claimant's sale and delivery of perishable agricultural commodities ("produce") to (check as applicable):

[X] Long Island Banana Corp. ("LIB")

[ ] Suffolk Banana Corp. ("Suffolk")

pursuant to the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499a, *et. seq.* and the Code of Federal Regulations implementing the PACA promulgated by the Secretary of the United States Department of Agriculture ("USDA"), 7 C.F.R. §46.46. I am authorized to make this

Declaration and am competent to testify at trial, if necessary, regarding the statements made in this Declaration.

2. Claimant (check one of the following):

[X] is licensed by the USDA-PACA and currently holds valid PACA license number 19143736, and was so validly licensed during the period applicable to the transactions which are the subject of this claim.

[ ] is not licensed by the USDA-PACA, and was not so licensed during the period applicable to the transactions which are the subject of this claim.

3. The sales transactions between Claimant and LIB and/or Suffolk were based on the following payment term (check one of the following, if Claimant sold to both companies and terms differed, please specify):

[X] Payment was due within ten (10) days after the day on which the produce was accepted as provided for in the PACA Regulations, 7 C.F.R. §46.2(aa)(5).

[ ] On ____-day written payment terms from the date of (check one): ☐ shipment, ☐ invoice, ☐ delivery, ☐ acceptance. True and accurate copies of the written agreements, if any, providing for such payment terms are attached to this Declaration as Exhibit ___.

4. Claimant sold and delivered produce on credit to LIB and/or Suffolk as described in the chart attached to this Declaration as Exhibit A ("Trust Chart"). In each instance, the produce was received and accepted by LIB and/or Suffolk and no adjustments have been made on the invoice amount except as listed. True and accurate copies of all relevant invoices are attached to this Declaration as Exhibit B.

2

In the Trust Chart, "Invoice Number" refers to the number under which the commodity was sold to LIB or Suffolk. "Transaction Date" refers to the date which begins the payment term between the parties. (For example, if the payment term is the regulatory ten [10] days from acceptance terms, the date would be the date the produce was accepted by LIB or Suffolk; if the payment term is a written twenty-one [21] days from shipment, the date would be the date of shipment.) "Invoice Date" refers to the date Claimant issued the invoice. "Payment Due Date" refers to the date payment was due based upon the payment terms between parties. If the Claimant claims trust status by virtue of a notice included in the invoice, the "Date Notice Given" refers to the date of the invoice; if the Claimant claims trust status by virtue of a Notice of Intent to Preserve Trust Benefits (hereinafter "Trust Notice"), the "Date Notice Given" refers to the date the Trust Notice was delivered to LIB or Suffolk. "Elapsed Days" refers to the total number of days after the payment due date the Trust Notice was given to LIB or Suffolk, if applicable. "Invoice Amount Due" refers to the amount owed and remaining unpaid, whether or not it qualifies for trust protection. "PACA Trust Amount" refers to the amount owed and remaining unpaid qualifying for trust protection pursuant to the provisions of the PACA.

5. Claimant preserved its PACA trust interest against LIB and/or Suffolk (check one of the following, if Claimant sold to both companies and process differed, please specify):

[ ] by serving Trust Notices upon LIB and/or Suffolk pursuant to 7 U.S.C. §499e(c)(3); or

[X] by including the statutorily required language on Claimant's invoice or other billing statement pursuant to 7 U.S.C. §499e(c)(4).

3

6. On the Invoice Date indicated on the Trust Chart and appearing on each of the invoices, each invoice was sent to LIB and/or Suffolk via (check as applicable, if Claimant sold to both companies and process differed, please specify):

[X] U.S. Mail

[ ] Hand-Delivery

[ ] Facsimile

[ ] Email

[ ] Other: _____ (specify).

True and accurate copies of all unpaid invoices are attached hereto as Exhibit B.

7. Claimant sent Trust Notices, if applicable, to LIB and/or Suffolk via (check as applicable, if Claimant sold to both companies and process differed, please specify):

[ ] U.S. Mail

[ ] Hand-Delivery

[ ] Facsimile

[ ] Email

[ ] Other: _____ (specify),

on the following dates:_____.

True and accurate copies of all Trust Notices, if applicable, are attached hereto as Exhibit ____.

8. The total amount past due and unpaid from LIB and/or Suffolk is as follows:

[X] Amount due from LIB: $31,008.00 in unpaid principal, plus $1,621.67 in interest as of April 18, 2014 and $15.29 per day thereafer, plus attorneys' fees and costs, all of which qualifies for PACA trust protection.

[ ] Amount due from Suffolk: $_____, of which $_____ qualifies for PACA trust protection.

9. Claimant provides the following PACA trust chart, USDA PACA License Verification, Unpaid Invoices, Statement of Account, and Bills of Lading annexed hereto as Exhibits A and B, that it believes may be necessary and helpful for the just determination of its claim.

I understand that the penality for presenting a fraudulent claim is a fine of not more than Five Thousand Dollars ($5,000.00) or imprisonment for not more than five (5) years, or both. 18 U.S.C. §152.

I declare under the penalty of perjury, under the laws of the United States of America and the State of Florida, that the foregoing is true and correct based on my personal knowledge.

Executed April 8TH, 2014, at Coral Gables, State of Florida.

_____
Julio Garriga
Manager, Credit & Collections
Del Monte Fresh Produce N.A., Inc.

# CERTIFICATE OF SERVICE

A copy of the foregoing Declaration in Support of PACA Trust Claim of Del Monte Fresh Produce N.A., Inc. was electronically filed and served to all registered counsel of record through the Court's ECF system this 18th day of April 2014.

/s/ Ryan M. Gembala
Ryan M. Gembala
*Pro Hac Vice* (applied)
Martyn and Associates
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio 44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
rgembala@martynlawfirm.com

One of the Attorneys for Intervening Plaintiff
Del Monte Fresh Produce N.A., Inc.

**EXHIBIT A**

**PACA TRUST CHART**

**PACA Trust Creditor:** Del Monte Fresh Produce N.A., Inc.

**NAME OF DEBTOR/DEFENDANT**  Long Island Banana Corp., et al.
**COURT and CASE NUMBER**  U.S.D.C., E.D. NY;  2:14-cv-982 (ADS)(AKT)

| Invoice Number | Date of Invoice | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 4/18/14 | Accrued Interest through 4/18/14* | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 8154031 | 12/2/13 | 12/2/13 | 12/12/13 | $11,616.00 | 127 | $727.51 | $12,343.51 |
| 8160780 | 12/27/13 | 12/27/13 | 1/6/14 | $9,696.00 | 102 | $487.72 | $10,183.72 |
| 8164987 | 1/13/14 | 1/13/14 | 1/23/14 | $9,696.00 | 85 | $406.44 | $10,102.44 |
| | | | | | | | |
| | | | | | | | |
| | ** *Add daily interest in the amount of* | | | $15.29 | *April 18, 2014* | | |
| | *** *Add attorney's fees incurred* | | | | | | |
| | | **TOTAL** | | **$31,008.00** | | **$1,621.67** | **$32,629.67** |

    * Calculated at the rate of     18.00%    annually
   ** Add daily interest in the amount of    $15.29    from April 18, 2014
 *** Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim.

**EXHIBIT B**



Fruit and Vegetable Programs

# Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19143736 | 1/30/1953 | 1/30/2015 | Active |

**Business Name**
DEL MONTE FRESH PRODUCE N A INC

| Business Address | City | State | Zip |
|---|---|---|---|
| 241 SEVILLA AVENUE | CORAL GABLES | FL | 33134 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
|  | DCAMPOS@FRESHDELMONTE.COM | 305 520-8056 | 305 448-6647 |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
|  | PO BOX 149222 | CORAL GABLES | FL | 33114 |

---

**Reported Principal (Last Name, First Name)**

THOMPSON, PETER M
FABIAN, EMILIANO
LAZOPOULOS, EMANUEL J
EL NAFFY, HANI
VICENTE, MONICA
DEL MONTE FRESH PRODUCE CO,
RICE, PAUL J
JORDAN, BRUCE A
CONTRERAS, RICHARD
TENAZAS, MARISSA R

**Trade Names**

DMFP
NATURE MADE
DMFP NA INC

---

**Branch Name , Branch City , Branch State**

DEL MONTE FRESH PRODUCE NA INC. WHITSETT, NC
DEL MONTE FRESH PRODUCE N A INC. AURORA, CO
DEL MONTE FRESH PRODUCE NA INC. DALLAS, TX
DEL MONTE FRESH PRODUCE NA INC. WINDER, GA
DEL MONTE FRESH PRODUCE NA INC. CANTON, MA
DEL MONTE FRESH PRODUCE NA INC. PHOENIX, AZ

DEL MONTE FRESH PRODUCE N A INC. JESSUP, MD
DEL MONTE FRESH PRODUCE N A INC. GALVESTON, TX
DEL MONTE FRESH PRODUCE N A INC. JACKSONVILLE, FL
DEL MONTE FRESH PRODUCE N A INC. SALT LAKE CITY, UT
DEL MONTE FRESH PRODUCE NA INC. FT LAUDERDALE, FL
DEL MONTE FRESH PRODUCE NA INC. FOREST PARK, GA
DEL MONTE FRESH PRODCUE N A INC. BLOOMFIELD, NJ
DEL MONTE FRESH PRODUCE N A INC. PLANT CITY, FL
DEL MONTE FRESH PRODUCE NA INC. AUBURN, WA
DEL MONTE FRESH PRODUCE N A INC. KANSAS CITY, MO
DEL MONTE FRESH PRODUCE NA INC. RICHMOND, CA
DEL MONTE FRESH PRODUCE N A INC. PORTLAND, OR
DEL MONTE FRESH PRODUCE N A INC. EDDYSTONE, PA
DEL MONTE FRESH PRODUCE N A INC. PALMETTO, FL
DEL MONTE FRESH PRODUCE N A INC. PORT HUENEME, CA
DEL MONTE FRESH PRODUCE N A INC. GLOUCESTER CITY, NJ
DEL MONTE FRESH PRODUCE N A INC. COLUMBUS, OH
DEL MONTE FRESH PRODUCE N A INC. KANKAKEE, IL
DEL MONTE FRESH PRODUCE N A INC. CHICAGO, IL
DEL MONTE FRESH PRODUCE N A INC. SANT FE SPGS, CA
DEL MONTE FRESH PRODUCE NA INC. SANGER, CA

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:**

**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:**

**1 (800) 495-7222, then Option #2**

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**

Reporting Level:      Operating Unit
Reporting Entity:     DMFP_NA_TRADE
Order By:             Customer

Balancing Segment:   102

LONG ISLAND BANANA, INC.         122775        LONG ISLAND BANANA, INC. -, 28 WILLIAM STREET, LYNBROOK, N              NY                 516 599-8844

| Invoice Number | Type | PO #/Ref# | Trans Date | Original Amount | Current | 11-21 Days | 22-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | Over 180 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 122775 |   |   |   |   |   |   |   |   |   |   |   |
| 8154031 | PROF | ZK0418 | 02-DEC-13 | 11616.00 |   |   |   | 11,616.00 |   |   |   |
| 8160780 | PROF | ZM9305 | 27-DEC-13 | 9696.00 |   |   | 9,696.00 |   |   |   |   |
| 8164987 | PROF | ZQ1107 | 13-JAN-14 | 9696.00 |   | 9,696.00 |   |   |   |   |   |
| Total : |   |   |   | 31,008.00 | 0.00 | 9,696.00 | 9,696.00 | 11,616.00 | 0.00 | 0.00 | 0.00 |
|   |   |   |   |   | 0.00% | 31.27% | 31.27% | 37.46% | 0.00% | 0.00% | 0.00% |

```
                    Site Credit Memos:          0.00
                    Site Payments:              0.00
                    Site Balance:          31,008.00

                    Customer Credit Memos:      0.00
                    Customer Payments:          0.00
                    Customer Type Total:   31,008.00

Company Total:                             31,008.00

Grand Total:                               31,008.00

Total Payments and Credit Memos:                0.00
Total Customer Balance:                    31,008.00
```

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO    IL    60693-0169

**Bill To:**
LONG ISLAND BANANA, INC.
28 WILLIAM STREET

LYNBROOK    NY    11563-2347
**[1156323478]**

**Ship To:**
LONG ISLAND BANANA
28 WILLIAM STREET

LYNBROOK    NY    11563

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8154031 | 12/02/13 | 11/29/13 | ZK0418 | ZK0418 | | AP466W NJ | LST1348 |

| PRODUCT DESCRIPTION | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | PR | 40 | DM | BANANAS | P S B | EC HLW | HL | HL | 960 | $12.10 | $11,616.00 |
| | | | | Product of Ecuador | | | | | | | |
| TI | 099 | DT | | DELTATRAK-STRIPCHART TEMP. REC | | | | HL | 1 | $0.00 | $0.00 |

**Invoice Total Please Remit In U.S. Dollars**   $11,616.00

*Sales Person:* 760
*Customer #/Code:* 122775   /LONGISLE
*Trade Terms:* D   - DELIVERED SALE
*Order Type:* REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to: Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

## DEL MONTE FRESH PRODUCE N.A., INC.   REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| *Bill To:* | 122775 | *Invoice #:* | 8154031 |
| *Bill To Name:* | LONG ISLAND BANANA, INC. | *Invoice Date:* | 12/02/13 |
| *P.O. #:* | ZK0418 | *Invoice Amount:* | $11,616.00 |
| *S.O. #:* | ZK0418 | *Remittance Amount:* | |

# BILL OF LADING

**Del Monte Fresh Produce N.A., Inc.**

Ship From
Holt - Port Gloucester
701 North Broadway
Gloucester City  NJ  08030
0

Transportation Contact
EDWARD SCHMELTZER
PO BOX 149222
Coral Gables   Fl 331149222

Bill To:
LONG ISLAND BANANA, INC.
28 WILLIAM STREET
LYNBROOK        NY        115632347

Ship To:
LONG ISLAND BANANA
28 WILLIAM STREET
LYNBROOK        NY
(516) 599-8844

Sales Order# ZK0418
DM Truck ID: 4196319
Ship Date: 11/29/13
Sales Person: Lopez, Cuky
P.O. Number 1:
P.O. Number 2:
Carrier/Broker: DE MARCO PRODUCE INC.
DELIVER ON: 12/2/2013

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 960 | Bananas Del Monte Premium Consumer Bags Surface Palletized Product of Ecuador |

*[signature]  12/2/13*

Shipping Instructions:

Temp Recorder(s): 6339
Total Quantity Shipped: 960
Carrier: AE DISTRIBUTION
License: AP466W NJ

Total Est. Net Weight: 38,400
Total Palletized Weight: 44,000
Time In: 14:48:00
Time Out: 16:46:46

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @  60°F** in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.
o I have received the merchandise described above in good shipping condition and have verified the count.
o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
o Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.
o Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

DRIVER'S SIGNATURE        SHIPPER'S SIGNATURE        CONSIGNEE
Page # 1 of 1

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO   IL   60693-0169

**Bill To:**
LONG ISLAND BANANA, INC.
28 WILLIAM STREET
LYNBROOK   NY   11563-2347
**[1156323478]**

**Ship To:**
LONG ISLAND BANANA
28 WILLIAM STREET
LYNBROOK   NY   11563

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8160780 | 12/27/13 | 12/24/13 | ZM9305 | ZM9305 | | AP423K NJ | LMS1351 |

| PRODUCT DESCRIPTION | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 40 | RO | BANANAS | P S B | CR | HLW HL | HL | 960 | $10.10 | $9,696.00 |
| | Product of Costa Rica | | | | | | | | | |
| XP | 65 | | BLUE CHEP PALLETS | S | US | HLW HL | HL | 20 | $0.00 | $0.00 |

**Invoice Total Please Remit In U.S. Dollars**     $9,696.00

**Sales Person:** 760
**Customer #/Code:** 122775   /LONGISLE
**Trade Terms:** D   - DELIVERED SALE
**Order Type:** REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

## DEL MONTE FRESH PRODUCE N.A., INC. REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| Bill To: | 122775 | Invoice #: | 8160780 |
| Bill To Name: | LONG ISLAND BANANA, INC. | Invoice Date: | 12/27/13 |
| P.O. #: | ZM9305 | Invoice Amount: | $9,696.00 |
| S.O. #: | ZM9305 | Remittance Amount: | |

# BILL OF LADING

**Ship From**  
Holt - Port Gloucester  
701 North Broadway  
Gloucester City  NJ  08030  
0

**Del Monte Fresh Produce N.A., Inc.**

*27 B*

**Transportation Contact**  
EDWARD SCHMELTZER  
PO BOX 149222  
Coral Gables   Fl 331149222

| | |
|---|---|
| **Bill To:** | LONG ISLAND BANANA, INC.<br>28 WILLIAM STREET<br>LYNBROOK       NY        115632347 |
| **Ship To:** | LONG ISLAND BANANA<br>28 WILLIAM STREET<br><br>LYNBROOK       NY<br>(516) 599-8844 |

**Sales Order# ZM9305**  
DM Truck ID: 4204553  
Ship Date: 12/24/13  
Sales Person: Lopez, Cuky  
P.O. Number 1:  
P.O. Number 2:  
Carrier/Broker: DE MARCO PRODUCE INC.  
DELIVER ON: 12/26/2013

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 20 | BLUE CHEP PALLETS |
| 960 | Bananas Rosy Consumer Bags Surface Palletized<br>Product of Costa Rica |

**Shipping Instructions:**

Temp Recorder(s):  
Total Quantity Shipped: 980  
Carrier: MANN CHARDIKALA  
License: AP423K NJ  

Total Est. Net Weight: 38,400  
Total Palletized Weight: 43,240  
Time In: 10:50:00  
Time Out: 12:20:04

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @**  **60°F**  in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.  
o I have received the merchandise described above in good shipping condition and have verified the count.  
o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.  
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.  
o Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.  
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.  
o Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

| DRIVER'S SIGNATURE | SHIPPER'S SIGNATURE | CONSIGNEE |
|---|---|---|

Page # 1 of 1

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO   IL   60693-0169

**Bill To:**
LONG ISLAND BANANA, INC.
28 WILLIAM STREET

LYNBROOK    NY   11563-2347
**[1156323478]**

**Ship To:**
LONG ISLAND BANANA
28 WILLIAM STREET

LYNBROOK    NY  11563

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8164987 | 01/13/14 | 01/10/14 | ZQ1107 | ZQ1107 | | | LST1402 |

| PRODUCT DESCRIPTION | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 40 | RO | BANANAS | P S B | CR | HLW HL | HL | 960 | $10.10 | $9,696.00 |
| | Product of Costa Rica | | | | | | | | | |
| XP | 65 | | BLUE CHEP PALLETS | S | US | HLW HL | HL | 20 | $0.00 | $0.00 |

**Invoice Total Please Remit In U.S. Dollars**   $9,696.00

**Sales Person:** 760
**Customer #/Code:** 122775   /LONGISLE
**Trade Terms:** D   - DELIVERED SALE
**Order Type:** REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to: Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

### COPY - NOT AN ORIGINAL INVOICE

## DEL MONTE FRESH PRODUCE N.A., INC. REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| Bill To: | 122775 | Invoice #: | 8164987 |
| Bill To Name: | LONG ISLAND BANANA, INC. | Invoice Date: | 01/13/14 |
| P.O. #: | ZQ1107 | Invoice Amount: | $9,696.00 |
| S.O. #: | ZQ1107 | Remittance Amount: | |

# BILL OF LADING

**Ship From**   **Del Monte Fresh Produce N.A., Inc.**   **Transportation Contact**
Holt - Port Gloucester                                    EDWARD SCHMELTZER
701 North Broadway                                        PO BOX 149222
Gloucester City  NJ  08030                                Coral Gables   Fl 331149222
0

Bill To:
LONG ISLAND BANANA, INC.
28 WILLIAM STREET
LYNBROOK        NY        115632347

Ship To:
LONG ISLAND BANANA
28 WILLIAM STREET

LYNBROOK        NY
(516) 599-8844

Sales Order# ZQ1107
DM Truck ID: 4210279
Ship Date: 01/10/14
Sales Person: Lopez, Cuky
P.O. Number 1:
P.O. Number 2:
Carrier/Broker: DE MARCO PRODUCE INC.
DELIVER ON: 1/11/2014

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 20 | BLUE CHEP PALLETS |
| 960 | Bananas Rosy Consumer Bags Surface Palletized Product of Costa Rica |

Shipping Instructions:

Temp Recorder(s):
Total Quantity Shipped: 980
Carrier: DE MARCO PRODUC
License:

Total Est. Net Weight: 38,400
Total Palletized Weight: 43,240
Time In: 15:45:00
Time Out: 16:49:56

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @ 60°F** in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.
o I have received the merchandise described above in good shipping condition and have verified the count.
o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
o Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.

o Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

DRIVER'S SIGNATURE          SHIPPER'S SIGNATURE          CONSIGNEE
Page # 1 of 1