UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHIQUITA FRESH NORTH AMERICA, LLC,
DOLE FRESH FRUIT COMPANY,
S. KATZMAN PRODUCE INC., and
KATZMAN BERRY CORP.,

                Plaintiffs,

      - against -

LONG ISLAND BANANA CORP., SUFFOLK
BANANA CO., INC., and THOMAS J. HOEY,

                Defendants.
-------------------------------------------------------------------X

Case No. 2:14-cv-982 (ADS)(AKT)

**DECLARATION IN SUPPORT
OF PACA TRUST CLAIM OF
BANACOL MARKETING
CORPORATION**

I, Natalia Henao Perez, declare as follows:

    1.    I am the Office Manager of Banacol Marketing Corporation (hereinafter referred to as "Claimant"), and am a custodian of the books an records of Claimant. I file this Declaration and declare under penalty of perjury that the following are true statements and that the attached documents are true and correct copies, or original documents, which are filed with this Declaration for the purpose of supporting Claimant's PACA claim as a beneficiary of the trust created by virtue of Claimant's sale and delivery of perishable agricultural commodities ("produce") to (check as applicable):

    [X]    Long Island Banana Corp. ("LIB")

    [ ]    Suffolk Banana Corp. ("Suffolk")

pursuant to the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499a, *et. seq.* and the Code of Federal Regulations implementing the PACA promulgated by the Secretary of the United States Department of Agriculture ("USDA"), 7 C.F.R. §46.46. I am authorized to make this

Declaration and am competent to testify at trial, if necessary, regarding the statements made in this Declaration.

2.      Claimant (check one of the following):

[X]      is licensed by the USDA-PACA and currently holds valid PACA license number 19820489, and was so validly licensed during the period applicable to the transactions which are the subject of this claim.

[ ]      is not licensed by the USDA-PACA, and was not so licensed during the period applicable to the transactions which are the subject of this claim.

3.      The sales transactions between Claimant and LIB and/or Suffolk were based on the following payment term (check one of the following, if Claimant sold to both companies and terms differed, please specify):

[X]      Payment was due within ten (10) days after the day on which the produce was accepted as provided for in the PACA Regulations, 7 C.F.R. §46.2(aa)(5).

[ ]      On _____-day written payment terms from the date of (check one):
☐ shipment, ☐ invoice, ☐ delivery, ☐ acceptance.  True and accurate copies of the written agreements, if any, providing for such payment terms are attached to this Declaration as Exhibit ___.

4.      Claimant sold and delivered produce on credit to LIB and/or Suffolk as described in the chart attached to this Declaration as Exhibit A ("Trust Chart").  In each instance, the produce was received and accepted by LIB and/or Suffolk and no adjustments have been made on the invoice amount except as listed.  True and accurate copies of all relevant invoices are attached to this Declaration as Exhibit B.

2

In the Trust Chart, "Invoice Number" refers to the number under which the commodity was sold to LIB or Suffolk. "Transaction Date" refers to the date which begins the payment term between the parties. (For example, if the payment term is the regulatory ten [10] days from acceptance terms, the date would be the date the produce was accepted by LIB or Suffolk; if the payment term is a written twenty-one [21] days from shipment, the date would be the date of shipment.) "Invoice Date" refers to the date Claimant issued the invoice. "Payment Due Date" refers to the date payment was due based upon the payment terms between parties. If the Claimant claims trust status by virtue of a notice included in the invoice, the "Date Notice Given" refers to the date of the invoice; if the Claimant claims trust status by virtue of a Notice of Intent to Preserve Trust Benefits (hereinafter "Trust Notice"), the "Date Notice Given" refers to the date the Trust Notice was delivered to LIB or Suffolk. "Elapsed Days" refers to the total number of days after the payment due date the Trust Notice was given to LIB or Suffolk, if applicable. "Invoice Amount Due" refers to the amount owed and remaining unpaid, whether or not it qualifies for trust protection. "PACA Trust Amount" refers to the amount owed and remaining unpaid qualifying for trust protection pursuant to the provisions of the PACA.

5.     Claimant preserved its PACA trust interest against LIB and/or Suffolk (check one of the following, if Claimant sold to both companies and process differed, please specify):

[  ]     by serving Trust Notices upon LIB and/or Suffolk pursuant to 7 U.S.C. §499e(c)(3); or

[X]     by including the statutorily required language on Claimant's invoice or other billing statement pursuant to 7 U.S.C. §499e(c)(4).

6.      On the Invoice Date indicated on the Trust Chart and appearing on each of the invoices, each invoice was sent to LIB and/or Suffolk via (check as applicable, if Claimant sold to both companies and process differed, please specify):

[X]     U.S. Mail

[ ]     Hand-Delivery

[ ]     Facsimile

[ ]     Email

[ ]     Other: _____ (specify).

True and accurate copies of all unpaid invoices are attached hereto as Exhibit B.

7.      Claimant sent Trust Notices, if applicable, to LIB and/or Suffolk via (check as applicable, if Claimant sold to both companies and process differed, please specify):

[ ]     U.S. Mail

[ ]     Hand-Delivery

[ ]     Facsimile

[ ]     Email

[ ]     Other: _____ (specify),

on the following dates:_____.

True and accurate copies of all Trust Notices, if applicable, are attached hereto as Exhibit ____.

8.      The total amount past due and unpaid from LIB and/or Suffolk is as follows:

[X]     Amount due from LIB: $335,592.00 in unpaid principal, plus $16,380.13 in interest as of April 18, 2014 and $165.50per day thereafter, plus attorneys' fees and costs, all of which qualifies for PACA trust protection.

4

[ ] Amount due from Suffolk: $_____, of which $_____ qualifies for PACA trust protection.

9. Claimant provides the following PACA trust chart, USDA PACA License Verification, Statement of Account, unpaid Invoices, and Bills of Lading annexed hereto as Exhibits A and B, that it believes may be necessary and helpful for the just determination of its claim.

I understand that the penality for presenting a fraudulent claim is a fine of not more than Five Thousand Dollars ($5,000.00) or imprisonment for not more than five (5) years, or both. 18 U.S.C. §152.

I declare under the penalty of perjury, under the laws of the United States of America and the State of Florida, that the foregoing is true and correct based on my personal knowledge.

Executed April 14th, 2014, at Coral Gables, State of Florida.

Natalia Henao P

Natalia Henao Perez
Office Manager
Banana Marketing Corporation

5

## CERTIFICATE OF SERVICE

A copy of the foregoing Declaration in Support of PACA Trust Claim of Banacol Marketing Corporation was electronically filed and served to all registered counsel of record through the Court's ECF system this 18th day of April 2014.

/s/ Ryan M. Gembala

Ryan M. Gembala
*Pro Hac Vice* (applied)
Martyn and Associates
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio 44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
rgembala@martynlawfirm.com

One of the Attorneys for Intervening Plaintiff
Banacol Marketing Corporation

# EXHIBIT A

**PACA TRUST CHART**

**PACA Trust Creditor:**    Banacol Marketing Corporation

***NAME OF DEBTOR/DEFENDANT***    Long Island Banana Corp., et al.
**COURT and CASE NUMBER**    U.S.D.C., E.D. NY;  2:14-cv-982 (ADS)(AKT)

| Invoice Number | Date of Invoice | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 4/18/14 | Accrued Interest through 4/18/14* | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 173732 | 12/6/13 | 12/6/13 | 12/16/13 | $7,872.00 | 123 | $477.50 | $8,349.50 |
| 173991 | 12/13/13 | 12/13/13 | 12/23/13 | $11,856.00 | 116 | $678.23 | $12,534.23 |
| 173992 | 12/13/13 | 12/13/13 | 12/23/13 | $11,856.00 | 116 | $678.23 | $12,534.23 |
| 173993 | 12/13/13 | 12/13/13 | 12/23/13 | $10,896.00 | 116 | $623.31 | $11,519.31 |
| 173994 | 12/13/13 | 12/13/13 | 12/23/13 | $10,896.00 | 116 | $623.31 | $11,519.31 |
| 174002 | 12/13/13 | 12/13/13 | 12/23/13 | $9,792.00 | 116 | $560.16 | $10,352.16 |
| 174218 | 12/20/13 | 12/20/13 | 12/30/13 | $11,856.00 | 109 | $637.30 | $12,493.30 |
| 174219 | 12/20/13 | 12/20/13 | 12/30/13 | $11,856.00 | 109 | $637.30 | $12,493.30 |
| 174220 | 12/20/13 | 12/20/13 | 12/30/13 | $11,856.00 | 109 | $637.30 | $12,493.30 |
| 174221 | 12/20/13 | 12/20/13 | 12/30/13 | $9,792.00 | 109 | $526.35 | $10,318.35 |
| 174222 | 12/20/13 | 12/20/13 | 12/30/13 | $9,168.00 | 109 | $492.81 | $9,660.81 |
| 174369 | 12/24/13 | 12/24/13 | 1/3/14 | $9,792.00 | 105 | $507.04 | $10,299.04 |
| 174418 | 12/24/13 | 12/24/13 | 1/3/14 | $11,856.00 | 105 | $613.91 | $12,469.91 |
| 174481 | 12/26/13 | 12/26/13 | 1/5/14 | $11,856.00 | 103 | $602.22 | $12,458.22 |
| 174482 | 12/26/13 | 12/26/13 | 1/5/14 | $9,792.00 | 103 | $497.38 | $10,289.38 |
| 174509 | 12/26/13 | 12/26/13 | 1/5/14 | $11,856.00 | 103 | $602.22 | $12,458.22 |
| 174608 | 12/31/13 | 12/31/13 | 1/10/14 | $11,856.00 | 98 | $572.99 | $12,428.99 |
| 174730 | 1/2/14 | 1/2/14 | 1/12/14 | $10,896.00 | 96 | $515.84 | $11,411.84 |
| 174731 | 1/2/14 | 1/2/14 | 1/12/14 | $11,856.00 | 96 | $561.29 | $12,417.29 |
| 174732 | 1/2/14 | 1/2/14 | 1/12/14 | $8,832.00 | 96 | $418.13 | $9,250.13 |
| 174733 | 1/2/14 | 1/2/14 | 1/12/14 | $12,600.00 | 96 | $596.52 | $13,196.52 |
| 174954 | 1/10/14 | 1/10/14 | 1/20/14 | $11,856.00 | 88 | $514.52 | $12,370.52 |
| 174955 | 1/10/14 | 1/10/14 | 1/20/14 | $11,856.00 | 88 | $514.52 | $12,370.52 |
| 174956 | 1/10/14 | 1/10/14 | 1/20/14 | $11,856.00 | 88 | $514.52 | $12,370.52 |
| 175190 | 1/16/14 | 1/16/14 | 1/26/14 | $11,856.00 | 82 | $479.44 | $12,335.44 |
| 175191 | 1/16/14 | 1/16/14 | 1/26/14 | $11,856.00 | 82 | $479.44 | $12,335.44 |
| 175192 | 1/16/14 | 1/16/14 | 1/26/14 | $11,856.00 | 82 | $479.44 | $12,335.44 |
| 175223 | 1/17/14 | 1/17/14 | 1/27/14 | $11,856.00 | 81 | $473.59 | $12,329.59 |
| 175429 | 1/24/14 | 1/24/14 | 2/3/14 | $11,856.00 | 74 | $432.66 | $12,288.66 |
| 175430 | 1/24/14 | 1/24/14 | 2/3/14 | $11,856.00 | 74 | $432.66 | $12,288.66 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | ** *Add daily interest in the amount of* |  |  | $165.50 | *April 18, 2014* |  |  |
|  | *** *Add attorney's fees incurred* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | **TOTAL** |  | **$335,592.00** |  | **$16,380.13** | **$351,972.13** |

    \* Calculated at the rate of    18.00%    annually
    \*\* Add daily interest in the amount of    $165.50    from April 18, 2014
    \*\*\* Claimant reserves the right to include recoverable attorney's fees within Claimant's PACA trust claim.

# EXHIBIT B



**Fruit and Vegetable Programs**

# Search PACA

| **License No.** | **Date Issued** | | **Anniversary Date** | **Status** |
|---|---|---|---|---|
| 19820489 | 1/25/1982 | | 1/25/2015 | Active |

**Business Name**
BANACOL MARKETING CORPORATION

| **Business Address** | | **City** | **State** | **Zip** |
|---|---|---|---|---|
| 355 ALHAMBRA CIR #1510 | | CORAL GABLES | FL | 331345038 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| | NATALIA.HENAO@BANACOL.COM.CO | 305 441-9036 | 305 446-4291 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | 355 ALHAMBRA CIR #1510 | CORAL GABLES | FL | 331345038 |

---

**Reported Principal (Last Name, First Name)**

HENRIQUEZ, VICTOR
VELASQUEZ, MARIA TERESA
SHERIDAN, WILLIAM J
BORCHERS, ROAS E
TRUJILLO, JUAN D
BANACOL INT'L INVMNTS LTD,
HARRY-HINESTROZA, GABRIEL
HENAO, NATALIA
MARTINEZ, SANTIAGO

**Trade Names**
**None**

---

**Branch Name , Branch City , Branch State**

BANACOL MARKETING CORPORATION. PHILADELPHIA, PA

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:**

**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please**

Page 1 of 2

**contactus at:**

<span style="color:red">**1 (800) 495-7222, then Option #2**</span>

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

<span style="color:red">**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**</span>

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

<span style="color:red">**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**</span>

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

<span style="color:red">**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**</span>

# Aged Accounts Receivable
Banacol Marketing Corp

(Detail, aged as of March 27, 2014)
Aged by transaction date.
Customer: No.::LONISL

**LONISL  Long Island Banana Co**  Phone No. 516-599-8844 ext.108   Contact  Tom Hoey

*** This customer is blocked for All processing ***

| Trx Date | Description | Prep | Typ | Number | Ext. Doc. No. | Balance Due | Contact | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Doc. Curr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/13 | Order SO-196206 | No | 2 | INV-173732 | | 7,872.00 | | 0.00 | 0.00 | 0.00 | 7,872.00 | 0.00 | 0.00 |
| 12/13/13 | Order SO-196476 | No | 2 | INV-173991 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/13/13 | Order SO-196477 | No | 2 | INV-173992 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/13/13 | Order SO-196478 | No | 2 | INV-173993 | | 10,896.00 | | 0.00 | 0.00 | 0.00 | 10,896.00 | 0.00 | 0.00 |
| 12/13/13 | Order SO-196479 | No | 2 | INV-173994 | | 10,896.00 | | 0.00 | 0.00 | 0.00 | 10,896.00 | 0.00 | 0.00 |
| 12/13/13 | Order SO-196506 | No | 2 | INV-174002 | | 9,792.00 | | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | 0.00 |
| 12/20/13 | Order SO-196756 | No | 2 | INV-174218 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/20/13 | Order SO-196757 | No | 2 | INV-174219 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/20/13 | Order SO-196758 | No | 2 | INV-174220 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/20/13 | Order SO-196759 | No | 2 | INV-174221 | | 9,792.00 | | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | 0.00 |
| 12/20/13 | Order SO-196760 | No | 2 | INV-174222 | | 9,168.00 | | 0.00 | 0.00 | 0.00 | 9,168.00 | 0.00 | 0.00 |
| 12/24/13 | Order SO-196747 | No | 2 | INV-174359 | | 9,792.00 | | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | 0.00 |
| 12/24/13 | Order SO-197040 | No | 2 | INV-174418 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/26/13 | Order SO-197041 | No | 2 | INV-174481 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/26/13 | Order SO-197043 | No | 2 | INV-174482 | | 9,792.00 | | 0.00 | 0.00 | 0.00 | 9,792.00 | 0.00 | 0.00 |
| 12/26/13 | Order SO-197042 | No | 2 | INV-174509 | | 11,856.00 | | 0.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 12/31/13 | Order SO-197234 | No | 2 | INV-174608 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/02/14 | Order SO-197235 | No | 2 | INV-174730 | | 10,896.00 | | 0.00 | 0.00 | 10,896.00 | 0.00 | 0.00 | 0.00 |
| 01/02/14 | Order SO-197236 | No | 2 | INV-174731 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/02/14 | Order SO-197237 | No | 2 | INV-174732 | | 8,832.00 | | 0.00 | 0.00 | 8,832.00 | 0.00 | 0.00 | 0.00 |
| 01/02/14 | Order SO-197238 | No | 2 | INV-174733 | | 12,600.00 | | 0.00 | 0.00 | 12,600.00 | 0.00 | 0.00 | 0.00 |
| 01/10/14 | Order SO-197567 | No | 2 | INV-174954 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/10/14 | Order SO-197568 | No | 2 | INV-174955 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/10/14 | Order SO-197569 | No | 2 | INV-174956 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/16/14 | Order SO-197760 | No | 2 | INV-175190 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/16/14 | Order SO-197761 | No | 2 | INV-175191 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| 01/16/14 | Order SO-197762 | No | 2 | INV-175192 | | 11,856.00 | | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 | 0.00 |
| | Balance to Carry Forward | | | | | 300,024.00 | | 0.00 | 0.00 | 127,176.00 | 172,848.00 | 0.00 | 0.00 |

**Aged Accounts Receivable**

Banacol Marketing Corp

(Detail, aged as of March 27, 2014)

| No. | Name | | | | | | | | | | | Doc. |
|-----|------|--|--|--|--|--|--|--|--|--|--|------|
| Trx Date | Description | Prep | Typ | Number | Ext. Doc. No. | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Curr. |

------- Document -------  ·········· Aged Customer Balances ··········

| Trx Date | Description | Prep | Typ | Number | Ext. Doc. No. | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|----------|-------------|------|-----|--------|---------------|-------------|---------|--------------|--------------|---------------|---------------|
| | Balance Forward | | | | | 300,024.00 | 0.00 | 0.00 | 127,176.00 | 172,848.00 | 0.00 |
| 01/17/14 | Order SO-197763 | No | 2 | INV-175223 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 01/24/14 | Order SO-197995 | No | 2 | INV-175429 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| 01/24/14 | Order SO-197996 | No | 2 | INV-175430 | | 11,856.00 | 0.00 | 0.00 | 11,856.00 | 0.00 | 0.00 |
| LONISL | Total Amount Due | | | | | 335,592.00 | 0.00 | 0.00 | 162,744.00 | 172,848.00 | 0.00 |
| | | | | | Credit Limit: | 600,000 | 0.00% | 0.00% | 48.49% | 51.51% | 0.00% |
| | | | | | | | | | | | |
| | Report Total Amount Due (USD) | | | | | 335,592.00 | 0.00 | 0.00 | 162,744.00 | 172,848.00 | 0.00 |
| | | | | | | | 0.00% | 0.00% | 48.49% | 51.51% | 0.00% |



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

**Cultivating Wellbeing**

## INVOICE

| DATE | 12/06/13 |
|---|---|
| TOTAL AMOUNT | 7,872.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173732 | 12/06/13 | 01/05/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A8208 | SO-196206 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 4.00 | 3,840.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.20 | 4,032.00 |

| | |
|---|---|
| Sub-Total | 7,872.00 |
| Invoice Total | 7,872.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

**Cultivating Wellbeing**

# INVOICE

| DATE | 01/02/14 |
|---|---|
| TOTAL AMOUNT | 8,832.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174732 | 01/02/14 | 02/01/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10639 | SO-197237 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL<br>Bananas #1 - Clusters | Box | 5.00 | 4,800.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.20 | 4,032.00 |

| | |
|---|---|
| Sub-Total | 8,832.00 |
| Invoice Total | 8,832.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

### INVOICE

| DATE | 01/02/14 |
|---|---|
| TOTAL AMOUNT | 12,600.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174733 | 01/02/14 | 02/01/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 9717 | SO-197238 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 140 | GP5 Golden Pines #5 | Box | 8.00 | 1,120.00 |
| 140 | 10930 Handling charges fee Pines | | 1.00 | 140.00 |
| 560 | GP6 Golden Pines #6 | Box | 8.00 | 4,480.00 |
| 560 | 10930 Handling charges fee Pines | | 1.00 | 560.00 |
| 700 | GP7 Golden Pines #7 | Box | 8.00 | 5,600.00 |
| 700 | 10930 Handling charges fee Pines | | 1.00 | 700.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 12,600.00 |
| Invoice Total | 12,600.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**Banacol**
*Cultivating Wellbeing*

# INVOICE

| DATE | 01/07/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

| SOLD TO: | SHIP TO: |
|---|---|
| Tom Hoey | Long Island Banana Co |
| Long Island Banana Co | Tom Hoey |
| 28 Williams St | 28 Williams St |
| Lynbrook, NY 11563 | Lynbrook, NY 11563 |
| United States | United States |

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174954 | 01/07/14 | 02/09/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 9118 | SO-197567 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**INVOICE**

| DATE | 01/08/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174955 | 01/08/14 | 02/09/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 9712 | SO-197568 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464


**Banacol**
*Cultivating Wellbeing*

# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

# INVOICE

| DATE | 01/10/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174956 | 01/10/14 | 02/09/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A3208 | SO-197569 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 01/13/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-175190 | 01/13/14 | 02/15/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A8208 | SO-197760 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 01/14/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-175191 | 01/14/14 | 02/15/14 |

| TERMS | | | | OUR ORDER NO |
|---|---|---|---|---|
| Net 30 Days | Truck Name | | Trailer Name | SO-197761 |
| | | | A8208 | |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

**INVOICE**

| DATE | 01/16/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-175192 | 01/16/14 | 02/15/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A8208 | SO-197762 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 01/17/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | . | Paul Stumpfig | INV-175223 | 01/17/14 | 02/16/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A 8208 | SO-197763 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

# INVOICE

| DATE | 01/20/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-175429 | 01/20/14 | 02/23/14 |

| TERMS | | Truck Name | | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|---|
| Net 30 Days | | | | A8208 | SO-197995 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

## INVOICE

| DATE | 01/23/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-175430 | 01/23/14 | 02/23/14 |

| TERMS | | Truck Name | | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|---|
| Net 30 Days | | | | A8208 | SO-197996 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 12/09/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173991 | 12/09/13 | 01/12/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 198208 | SO-196476 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

*Cultivating Wellbeing*

INVOICE

| DATE | 12/10/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173992 | 12/10/13 | 01/12/14 |

| TERMS | Truck Name | | Trailer Name | | OUR ORDER NO |
|---|---|---|---|---|---|
| Net 30 Days | | | 128208 | | SO-196477 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

**INVOICE**

| DATE | 12/12/13 |
|---|---|
| TOTAL AMOUNT | 10,896.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173993 | 12/12/13 | 01/12/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | A8208 | SO-196478 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 3.85 | 3,696.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 10,896.00 |
|---|---|
| Invoice Total | 10,896.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

## INVOICE

| DATE | 12/11/13 |
|---|---|
| TOTAL AMOUNT | 10,896.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-173994 | 12/11/13 | 01/12/14 |

| TERMS | Truck Name | | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|
| Net 30 Days | | | A8208 | SO-196479 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 3.85 | 3,696.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 10,896.00 |
| Invoice Total | 10,896.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION
355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**Banacol**
*Cultivating Wellbeing*

**INVOICE**

| DATE | 12/13/13 |
|---|---|
| TOTAL AMOUNT | 9,792.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174002 | 12/13/13 | 01/12/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10594 | SO-196506 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL<br>Bananas #1 - Clusters | Box | 5.00 | 4,800.00 |
| 960 | 10910<br>Handling charges fee Banana | | 5.20 | 4,992.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 9,792.00 |
| Invoice Total | 9,792.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464


**Banacol**
*Cultivating Wellbeing*

# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

### INVOICE

| DATE | 12/17/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174218 | 12/17/13 | 01/19/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 9941 | SO-196756 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 12/17/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

*Cultivating Wellbeing*

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174219 | 12/17/13 | 01/19/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10607 | SO-196757 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

**INVOICE**

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 12/19/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174220 | 12/19/13 | 01/19/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10632 | SO-196758 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

### INVOICE

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

| DATE | 12/18/13 |
|---|---|
| TOTAL AMOUNT | 9,792.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174221 | 12/18/13 | 01/19/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10561 | SO-196759 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL<br>Bananas #1 - Clusters | Box | 5.00 | 4,800.00 |
| 960 | 10910<br>Handling charges fee Banana | | 5.20 | 4,992.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 9,792.00 |
| Invoice Total | 9,792.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**Cultivating Wellbeing**

**INVOICE**

| DATE | 12/17/13 |
|---|---|
| TOTAL AMOUNT | 9,168.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174222 | 12/17/13 | 01/19/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 2015 | SO-196760 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 66 | YUCA<br>Yuca | Box | 17.00 | 1,122.00 |
| 66 | 10990<br>Handling charges fee Yuca | | 1.00 | 66.00 |
| 420 | GP6<br>Golden Pines #6 | Box | 5.00 | 2,100.00 |
| 420 | 10930<br>Handling charges fee Pines | | 1.00 | 420.00 |
| 910 | GP7<br>Golden Pines #7 | Box | 5.00 | 4,550.00 |
| 910 | 10930<br>Handling charges fee Pines | | 1.00 | 910.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 9,168.00 |
| Invoice Total | 9,168.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**Banacol**
*Cultivating Wellbeing*

## INVOICE

| DATE | 12/23/13 |
|---|---|
| TOTAL AMOUNT | 9,792.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174359 | 12/23/13 | 01/23/14 |

| TERMS | Truck Name | | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|
| Net 30 Days | | | 9713 | SO-196747 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL<br>Bananas #1 - Clusters | Box | 5.00 | 4,800.00 |
| 960 | 10910<br>Handling charges fee Banana | | 5.20 | 4,992.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 9,792.00 |
|---|---|
| Invoice Total | 9,792.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

## INVOICE

| DATE | 12/23/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174418 | 12/23/13 | 01/23/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10446 | SO-197040 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910 Handling charges fee Banana | | 4.85 | 4,656.00 |

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

Remit Payment to:        **Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL  33134

## INVOICE

| DATE | 12/26/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY  11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY  11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174481 | 12/26/13 | 01/25/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 9713 | SO-197041 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**Cultivating Wellbeing**

## INVOICE

| DATE | 12/26/13 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

SOLD TO:
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

SHIP TO:
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174509 | 12/26/13 | 01/25/14 |

| TERMS | Truck Name | | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|
| Net 30 Days | | | 10446 | SO-197042 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 11,856.00 |
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

## INVOICE

| DATE | 01/02/14 |
|---|---|
| TOTAL AMOUNT | 10,896.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174730 | 01/02/14 | 02/01/14 |

| TERMS | | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|---|
| Net 30 Days | | | 679609 | SO-197235 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 3.85 | 3,696.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| | |
|---|---|
| Sub-Total | 10,896.00 |
| Invoice Total | 10,896.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BANACOL MARKETING CORPORATION

355 Alhambra Circle
Suite 1510
Coral Gables, FL 33134

**INVOICE**

| DATE | 01/02/14 |
|---|---|
| TOTAL AMOUNT | 11,856.00 |

**SOLD TO:**
Tom Hoey
Long Island Banana Co
28 Williams St
Lynbrook, NY 11563
United States

**SHIP TO:**
Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
United States

| CUSTOMER NO. | YOUR P.O. NO. | SLSM. | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| LONISL | | Paul Stumpfig | INV-174731 | 01/02/14 | 02/01/14 |

| TERMS | Truck Name | Trailer Name | OUR ORDER NO |
|---|---|---|---|
| Net 30 Days | | 10607 | SO-197236 |

| QUANTITY | ITEM NO. / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 960 | BCL3LBCOSC<br>COSTCO Banana in 3 Lbs Bags | Box | 7.50 | 7,200.00 |
| 960 | 10910<br>Handling charges fee Banana | | 4.85 | 4,656.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received. Interest and attorneys
fees necessary to collect payment are sums owing in connection with the transaction.

| Sub-Total | 11,856.00 |
|---|---|
| Invoice Total | 11,856.00 |

Remit Payment to:

**Banacol Marketing Corp**
Lockbox# 10464
PO. Box 10464
Uniondale, New York 11555-10464



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>CARGO | Truck License No.<br>19655PB-NY | Trailer No.<br>A8208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-217544 |
|---|---|---|---|---|

| Customer P.O. / Shipping Temp. / Order No.<br>SO-196206 | Order Date<br>12/02/13 | Pickup Date<br>12/06/13 |
|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Henry Bettaj |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Bett |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



**Banacol**
*Cultivating Wellbein*

BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier CARGO | Truck License No. 13880PB | Trailer No. 198208 | Temp. Recorder No. | Bill of Lading No. BOL-217767 |
|---|---|---|---|---|

| Customer P.O. / | Shipping Temp. / | Order No. SO-196476 | Order Date 12/09/13 | Pickup Date 12/09/13 |
|---|---|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>**Net Weight** 38,400.00<br>**Gross Weight** 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



**BILL OF LADING**



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier CARGO | | Truck License No. 16995 PB | Trailer No. 128208 | Temp. Recorder No. | Bill of Lading No. BOL-217837 |
|---|---|---|---|---|---|
| Customer P.O. / | Shipping Temp. / | Order No. SO-196477 | | Order Date 12/09/13 | Pickup Date 12/10/13 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B <br> Net Weight 38,400.00 <br> Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

Cultivating Wellbein

| Name of Carrier CARGO | Truck License No. 16955-PB | Trailer No. A8208 | Temp. Recorder No. | Bill of Lading No. BOL-217953 |
|---|---|---|---|---|

| Customer P.O. / | Shipping Temp. / | Order No. SO-196478 | Order Date 12/09/13 | Pickup Date 12/12/13 |
|---|---|---|---|---|

Bill to:  Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight    38,400.00<br>Gross Weight  41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition.  The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Paul Podlask |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

_____
**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment



**BILL OF LADING**



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier CARGO | Truck License No. 16995PB | Trailer No. A8208 | Temp. Recorder No. | Bill of Lading No. BOL-217894 |
|---|---|---|---|---|

| Customer P.O. / Shipping Temp. / Order No. SO-196479 | Order Date 12/09/13 | Pickup Date 12/11/13 |
|---|---|---|

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B  Net Weight 38,400.00  Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Paul Padlask |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



**BILL OF LADING**



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>1092451-IN | Trailer No.<br>9713 | Temp. Recorder No. | Bill of Lading No.<br>BOL-217787 |
|---|---|---|---|---|
| Customer P.O.  /  Shipping Temp.  /  Order No.<br>SO-196480 | | | Order Date<br>12/09/13 | Pickup Date<br>12/09/13 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 420 | GP6 | Golden Pines #6 Venecia Golden Pines #6 | Costa Rica |
| 910 | GP7 | Golden Pines #7 Venecia Golden Pines #7 | Costa Rica |
| 66 | YUCA | Yuca Banacol Fresh Yuca | Costa Rica |
| | | Net Weight 35,692.00 | |
| | | Gross Weight 39,880.00 | |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Dayuane Bell* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *Dayuane Bell* |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment

- 42 -



# BILL OF LADING



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>2091086-IN | Trailer No.<br>10594 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218043 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | | Order No.<br>SO-196506 | Order Date<br>12/09/13 | Pickup Date<br>12/13/13 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL | Bananas #1 - Clusters Banacol #1 Bananas in Bags<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Gordon Dunn |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Gordon Dunn |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 43 -



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>59AR7E-MO | Trailer No.<br>9941 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218328 |
|---|---|---|---|---|
| Customer P.O.    /    Shipping Temp.    /    Order No.<br>SO-196756 | | | Order Date<br>12/16/13 | Pickup Date<br>12/17/13 |

| Bill to: Long Island Banana Co | Ship to: Long Island Banana Co |
|---|---|
| Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.102 | Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.102 |

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight    38,400.00<br>Gross Weight    41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Robert Scott |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *Robert Scott* |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 44 -



**BILL OF LADING**



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 2055825-IN | Trailer No. 10607 | Temp. Recorder No. | Bill of Lading No. BOL-218369 |
|---|---|---|---|---|

| Customer P.O. / Shipping Temp. / Order No. SO-196757 | Order Date 12/16/13 | Pickup Date 12/17/13 |
|---|---|---|

| Bill to: Long Island Banana Co Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 | Ship to: Long Island Banana Co Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B | Colombia |
| | | Net Weight 38,400.00 | |
| | | Gross Weight 41,280.00 | |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Dwane Bell |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Dwane Bell |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

_____
Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



**Banacol**
*Cultivating Wellbein*

# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. AP603R NJ | Trailer No. 10632 | Temp. Recorder No. | Bill of Lading No. BOL-218488 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / Order No. SO-196758 | | | Order Date 12/16/13 | Pickup Date 12/19/13 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| | |
|---|---|
| Driver's First & Last Name (Please Print): | *Tyrone L. Brown* |
| Driver's Acknowledgment of Receipt (Signature): | *Tyrone L. Brown Sr.* |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment



**Banacol**
*ultivating Wellbein*

# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>2011583-IN | Trailer No.<br>10561 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218426 |
|---|---|---|---|---|

| Customer P.O. / | Shipping Temp. / | Order No.<br>SO-196759 | Order Date<br>12/16/13 | Pickup Date<br>12/18/13 |
|---|---|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL | Bananas #1 - Clusters Banacol #1 Bananas in Bags<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Courtney Roark* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *Cwk* |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment





## BILL OF LADING

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

anacol
·ultivating Wellbein

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 119332 IN | Trailer No. 2015 | Temp. Recorder No. | Bill of Lading No. BOL-218382 |
|---|---|---|---|---|
| Customer P.O.    /    Shipping Temp.    /    Order No. SO-196760 | | | Order Date 12/16/13 | Pickup Date 12/17/13 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 66 | YUCA | Yuca Banacol Fresh Yuca | Costa Rica |
| 420 | GP6 | Golden Pines #6 Venecia Golden Pines #6 | Costa Rica |
| 910 | GP7 | Golden Pines #7 Venecia Golden Pines #7 | Costa Rica |
| | | Net Weight   35,692.00 | |
| | | Gross Weight   39,880.00 | |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Alvan Thorne* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

| Comments: | |
|---|---|
| | Receiving Stamp |

Customer's Receiving Stamp Required in order to process for payment



**Banacol**
*ultivating Wellbein*

# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>CL-114563-DE | Trailer No.<br>9713 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218754 |
|---|---|---|---|---|
| Customer P.O.        /        Shipping Temp.        /        Order No.<br>SO-196747 | | | Order Date<br>12/23/13 | Pickup Date<br>12/23/13 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL | Bananas #1 - Clusters Banacol #1 Bananas in Bags<br>Net Weight    38,400.00<br>Gross Weight    41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition.   The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Vernon Evans* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *Vernon Evans* |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment


**Banacol**
*ultivating Wellbein*

**BILL OF LADING**



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>115710 DE | Trailer No.<br>10446 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218790 |
|---|---|---|---|---|
| Customer P.O.    /    Shipping Temp.    / | | Order No.<br>SO-197040 | Order Date<br>12/23/13 | Pickup Date<br>12/23/13 |

Bill to:  Long Island Banana Co
    Tom Hoey
    28 Williams St
    Lynbrook, NY  11563
    516-599-8844 ext.102

Ship to: Long Island Banana Co
    Tom Hoey
    28 Williams St
    Lynbrook, NY  11563
    516-599-8844 ext.102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>      Net Weight  38,400.00<br>   Gross Weight  41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition.  The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Courtgey Rook* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *Cnk* |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

                                **Receiving Stamp**

**Customer's Receiving Stamp Required in order to process for payment**



**Banacol**
*Cultivating Wellbein*

# BILL OF LADING

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465



| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>59AR73 MO | Trailer No.<br>9713 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218940 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | | Order No.<br>SO-197041 | Order Date<br>12/23/13 | Pickup Date<br>12/26/13 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight  38,400.00<br>Gross Weight  41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *Robert Scott* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *[signature]* |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



banacol
*ultivating Wellbein*

**BILL OF LADING**

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465



| Name of Carrier<br>HENRY TRUCKING | Truck License No.<br>32596PL NY | Trailer No.<br>A8208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-218938 |
|---|---|---|---|---|

| Customer P.O. / Shipping Temp. / | Order No.<br>SO-197043 | Order Date<br>12/23/13 | Pickup Date<br>12/26/13 |
|---|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL | Bananas #1 - Clusters Banacol #1 Bananas in Bags<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | HENRY Betton |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Betton |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 113431 QC | Trailer No. 10446 | Temp. Recorder No. | Bill of Lading No. BOL-219006 |
|---|---|---|---|---|

| Customer P.O. / | Shipping Temp. / | Order No. SO-197042 | Order Date 12/23/13 | Pickup Date 12/26/13 |
|---|---|---|---|---|

| Bill to: Long Island Banana Co Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 | Ship to: Long Island Banana Co Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *M. Johnson* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *M John* |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 53 -



# BILL OF LADING

**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465



| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>112988PA | Trailer No.<br>10639 | Temp. Recorder No. | Bill of Lading No.<br>BOL-219137 |
|---|---|---|---|---|

| Customer P.O. / | Shipping Temp. / | Order No.<br>SO-197234 | Order Date<br>12/30/13 | Pickup Date<br>12/30/13 |
|---|---|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | M. Johnson |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 54 -



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 2169215-IN | Trailer No. 679609 | Temp. Recorder No. | Bill of Lading No. BOL-219256 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | | Order No. SO-197235 | Order Date 12/30/13 | Pickup Date 01/02/14 |

| Bill to: Long Island Banana Co Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 | Ship to: Long Island Banana Co. Tom Hoey 28 Williams St Lynbrook, NY 11563 516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B <br> Net Weight 38,400.00 <br> Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Jason Spann |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

| Comments: | |
|---|---|
| | Receiving Stamp |

Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

Banacol

*ultivating Wellbein*

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>CL11456Z-DE | Trailer No.<br>10607 | Temp. Recorder No. | Bill of Lading No.<br>BOL-219257 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | | Order No.<br>SO-197236 | Order Date<br>12/30/13 | Pickup Date<br>01/02/14 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.102 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

| Comments: | |
|---|---|
| | Receiving Stamp |

Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>59AR7-MO | Trailer No.<br>10639 | Temp. Recorder No. | Bill of Lading No.<br>BOL-219253 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | | Order No.<br>SO-197237 | Order Date<br>12/30/13 | Pickup Date<br>01/02/14 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext. 102

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext. 102

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL | Bananas #1 - Clusters Banacol #1 Bananas in Bags<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Robert Scott |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 57 -



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 2117791-IN | Trailer No. 9717 | Temp. Recorder No. | Bill of Lading No. BOL-219333 |
|---|---|---|---|---|
| Customer P.O.    /    Shipping Temp.    /    Order No. SO-197238 | | | Order Date 12/30/13 | Pickup Date 01/02/14 |

| Bill to: Long Island Banana Co | Ship to: Long Island Banana Co |
|---|---|
| Tom Hoey | Tom Hoey |
| 28 Williams St | 28 Williams St |
| Lynbrook, NY 11563 | Lynbrook, NY 11563 |
| 516-599-8844 ext.102 | 516-599-8844 ext.102 |

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 140 | GP5 | Golden Pines #5 Venecia Golden Pines #5 | Costa Rica |
| 560 | GP6 | Golden Pines #6 Venecia Golden Pines #6 | Costa Rica |
| 700 | GP7 | Golden Pines #7 Venecia Golden Pines #7 | Costa Rica |
| | | Net Weight   35,000.00 | |
| | | Gross Weight   39,200.00 | |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Vernon Evans |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Vernon Evans |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



**Banacol**
*ultivating Wellbein*



### BILL OF LADING

**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>Leonard's Express, Inc.<br>585-9248140 | Truck License No.<br>911990-DE | Trailer No.<br>9118 | Temp. Recorder No. | Bill of Lading No.<br>BOL-219650 |
|---|---|---|---|---|

| Customer P.O.  /  Shipping Temp.  /  Order No.<br>SO-197567 | Order Date<br>01/06/14 | Pickup Date<br>01/07/14 |
|---|---|---|

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.108 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.108 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 38,400.00<br>Gross Weight 41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | *[signature]* |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | *[signature]* |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

### Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier Leonard's Express, Inc. 585-9248140 | Truck License No. 58AR7E MO | Trailer No. 9712 | Temp. Recorder No. | Bill of Lading No. BOL-219772 |
|---|---|---|---|---|
| Customer P.O.      /      Shipping Temp.      /      Order No. SO-197568 | | | Order Date 01/06/14 | Pickup Date 01/08/14 |

| Bill to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.108 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY 11563<br>516-599-8844 ext.108 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 720 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight    28,800.00<br>Gross Weight    30,960.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Robert Scott |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier | Truck License No. | Trailer No. | Temp. Recorder No. | Bill of Lading No. |
|---|---|---|---|---|
| Leonard's Express, Inc.<br>585-9248140 | 58AR7E MO | 9712 | | BOL-219771 |

| Customer P.O. / Shipping Temp. / Order No. | Order Date | Pickup Date |
|---|---|---|
| SO-197568 | 01/06/14 | 01/08/14 |

Bill to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.108

Ship to: Long Island Banana Co
Tom Hoey
28 Williams St
Lynbrook, NY 11563
516-599-8844 ext.108

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 240 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight 9,600.00<br>Gross Weight 10,320.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| | |
|---|---|
| Driver's First & Last Name (Please Print): | Robert Scott |
| Driver's Acknowledgment of Receipt (Signature): | Robert Scott |
| Customer Acknowledgment of Receipt (Signature): | |

**Comments:**

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment


Banacol
*Activating Wellbein*

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

# BILL OF LADING



| Name of Carrier<br>HENRY TRUCKING<br>(516) 599-8844   EXT: (112) | Truck License No.<br>325967C-NY | Trailer No.<br>A3208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-219841 |
|---|---|---|---|---|
| Customer P.O.        /        Shipping Temp.        / | | Order No.<br>SO-197569 | Order Date<br>01/06/14 | Pickup Date<br>01/10/14 |

| Bill to:  Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.108 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.108 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight    38,400.00<br>Gross Weight   41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition.  The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Henry        Bettay |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry        Brett |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment

- 62 -



**BILL OF LADING**

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465



| Name of Carrier<br>HENRY TRUCKING<br>(516) 599-8844   EXT: (112) | Truck License No.<br>13804PB NY | Trailer No.<br>A8208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-220085 |
|---|---|---|---|---|
| Customer P.O.      /      Shipping Temp.      / | | Order No.<br>SO-197760 | Order Date<br>01/13/14 | Pickup Date<br>01/13/14 |

| Bill to:  Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.108 | Ship to: Long Island Banana Co<br>Tom Hoey<br>28 Williams St<br>Lynbrook, NY  11563<br>516-599-8844 ext.108 |
|---|---|

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>Net Weight    38,400.00<br>Gross Weight   41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition.  The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | HENRY Betten |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Beth |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

Customer's Receiving Stamp Required in order to process for payment


*Cultivating Wellbein*

Banacol Marketing Corp
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

# BILL OF LADING



| Name of Carrier<br>HENRY TRUCKING<br>(516) 599-8844   EXT: (112) | Truck License No.<br>32596PC-NY | Trailer No.<br>A8208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-220125 |
|---|---|---|---|---|
| Customer P.O.   /   Shipping Temp.   /   Order No.<br>SO-197761 | | Order Date<br>01/13/14 | | Pickup Date<br>01/14/14 |

Bill to:  Long Island Banana Co
       Tom Hoey
       28 Williams St
       Lynbrook, NY  11563
       516-599-8844 ext.108

Ship to: Long Island Banana Co
       Tom Hoey
       28 Williams St
       Lynbrook, NY  11563
       516-599-8844 ext.108

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>      Net Weight  38,400.00<br>      Gross Weight  41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Henry Betton |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Brett |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

Receiving Stamp

### Customer's Receiving Stamp Required in order to process for payment



# BILL OF LADING



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier HENRY TRUCKING (516) 599-8844 EXT: (112) | Truck License No. 32596PC NY | Trailer No. A8208 | Temp. Recorder No. | Bill of Lading No. BOL-220237 |
|---|---|---|---|---|
| Customer P.O. / Shipping Temp. / | Order No. SO-197762 | | Order Date 01/13/14 | Pickup Date 01/16/14 |

| Bill to: Long Island Banana Co | Ship to: Long Island Banana Co |
|---|---|
| Tom Hoey | Tom Hoey |
| 28 Williams St | 28 Williams St |
| Lynbrook, NY 11563 | Lynbrook, NY 11563 |
| 516-599-8844 ext.108 | 516-599-8844 ext.108 |

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B | Colombia |
| | | Net Weight 38,400.00 | |
| | | Gross Weight 41,280.00 | |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | HENRY Betton |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Butt |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

_____

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment



**BILL OF LADING**



**Banacol Marketing Corp**
One Saville Avenue
Eddystone, PA 19022
Phone: 1-215-271-1375
Fax: 1-215-271-2465

| Name of Carrier<br>HENRY TRUCKING<br>(516) 599-8844    EXT: (112) | Truck License No.<br>32596 PC NY | Trailer No.<br>A 8208 | Temp. Recorder No. | Bill of Lading No.<br>BOL-220400 |
|---|---|---|---|---|
| Customer P.O.    /    Shipping Temp.    /    Order No.<br>SO-197763 | | | Order Date<br>01/13/14 | Pickup Date<br>01/17/14 |

Bill to:  Long Island Banana Co
       Tom Hoey
       28 Williams St
       Lynbrook, NY  11563
       516-599-8844 ext.108

Ship to: Long Island Banana Co
       Tom Hoey
       28 Williams St
       Lynbrook, NY  11563
       516-599-8844 ext.108

| No. of Units | Item No. | Description | Country of Origin |
|---|---|---|---|
| 960 | BCL3LBCOSC | COSTCO Banana in 3 Lbs Bags Banana in 3 Lbs B<br>     Net Weight   38,400.00<br>     Gross Weight  41,280.00 | Colombia |

RECEIVED from Banacol Marketing Corporation the above product in good condition and agree to deliver the load in same order and condition. The trucker is responsible for verifying package count and condition.

| Driver's First & Last Name (Please Print): | Henry  Betta |
|---|---|
| Driver's Acknowledgment of Receipt (Signature): | Henry Bell |
| Customer Acknowledgment of Receipt (Signature): | |

Comments:

_____

**Receiving Stamp**

Customer's Receiving Stamp Required in order to process for payment