# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 14-CV-982 (ADS)(AKT)

Date Filed: _____

Plaintiff:
**CHIQUITA FRESH NORTH AMERICA, LLC, et al.**
vs.

Defendant:
**LONG ISLAND BANANA CORP., et al.**

For:
Gregory Brown
McCarron & Diess
707 Walt Whitman Road
2nd Fl
Melville, NY 11747

Received by Direct Process Server, LLC on the 7th day of April, 2014 at 4:19 pm to be served on **YOLANDA HOEY, 119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612**

I, Dena Cutler, do hereby affirm that on the **15th day of April, 2014** at **7:42 pm**, I:

**AFFIXED** a true copy of the **Summons In A Civil Action and First Amended Complaint** to the door at the address of: **119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612**, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons In A Civil Action and First Amended Complaint** in a postpaid envelope to the address of: **119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612** bearing the words "Personal & Confidential" by First Class Mail on **4/16/2014** and placed in an official depository of the U.S.P.S. in **NESCONSET**.

Additional Information pertaining to this Service:
4/7/2014  8:17 pm  ATTEMPTED SERVICE AT 119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612. No answer at the front door, no lights on, no noise or movement and no cars.
4/9/2014  1:55 pm  ATTEMPTED SERVICE AT 119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612. No answer at the front door, no lights on, no noise coming from the home and no cars in the driveway.
4/10/2014  9:43 am  ATTEMPTED SERVICE AT 119 NORTH GRANT AVENUE, CONGERS, NY 10920-1612. No answer at the front door. Car in driveway (AHG 6650- NY)

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Dena Cutler

Direct Process Server, LLC
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2014001736

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

