# McCarron & Diess

| | | |
|---|---|---|
| Stephen P. McCarron△ | 4530 Wisconsin Avenue, N.W., Suite 301 | Focusing on Cases under the Perishable Agricultural Commodities Act (PACA) |
| Louis W. Diess, III¤△ | Washington, DC 20016 | |
| Mary Jean Fassett△ | (202) 364-0400   FAX (202) 364-2731 | ¤ Not admitted in DC |
| Kate Ellis¤△ | | △ Not admitted in NY |
| Blake A. Surbey¤△ | 707 Walt Whitman Road, 2nd Floor | |
| Gregory A. Brown¤ | Melville, NY 11747 | |
| | (631) 425-8110   FAX (631) 425-8112 | |
| | *www.mccarronlaw.com* | |
| gbrown@mccarronlaw.com | *www.pacawebguide.com* | Reply to New York office |

May 8, 2014

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Hon. A. Kathleen Tomlinson
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    Chiquita Fresh North America, LLC v. Long Island Banana Corp; Case No. 14-cv-982

Your Honors:

      We are in receipt of defendants' letter to the Court dated May 8, 2014, and hereby oppose the request to stay the hearing to determine whether the proceeds from the sale of the property located at 596 Merrick Road are a PACA trust asset (the "596 Hearing").

      While plaintiffs believe defendants' motion to dismiss will ultimately fail, the pendency of the motion to dismiss should have no bearing on whether or not the 596 Hearing should proceed. As reflected in the docket, on the morning of April 4, 2014, Judge Spatt first directed that the 596 Hearing be held. Plaintiffs did not file an amended complaint until later that afternoon. Therefore, the Court must have concluded that sufficient cause existed for the 596 Hearing without regard to whether or not Brook Enterprises Ltd. was a defendant in this action.

      Furthermore, as defendants readily admit that the proceeds from the sale of 596 Merrick Road were dissipated, in part to pay the legal bills of defendant Thomas J. Hoey, Jr., it is critical that the 596 Hearing proceed as expeditiously as possible to ensure that any funds to which plaintiffs may be entitled can ultimately be recovered.

Hon. Arthur D. Spatt
Hon. A. Kathleen Tomlinson
May 8, 2014
Page 2 of 2

      Based on the foregoing it is respectfully requested that defendants' application be denied, and that the 596 Hearing proceed as scheduled. Thank you for your continuing attention to this matter.

                                    Respectfully yours,
                                    McCarron & Diess

By: _____
                                    Gregory Brown

cc.:    All Counsel of Record (via ECF)