UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHIQUITA BANANA NORTH AMERICA, LLC,
DOLE FRESH FRUIT COMPANY, S. KATZMAN
PRODUCE INC., and KATZMAN BERRY CORP.

                Plaintiffs,

        - against -

LONG ISLAND BANANA CORP., SUFFOLK
BANANA CO., INC., et al.,

                Defendants.

------------------------------------------------------------x

Case No. 2:14-cv-00982-ADS-AKT

## DECLARATION OF ROBERT L. RATTET REGARDING
## EXHIBITS FOR CONTINUED EVIDENTIARY HEARING ON JULY 17, 2014

      1.    I am a partner of Herrick, Feinstein LLP, attorneys for the defendants in the above-captioned matter. I am admitted to practice in the U.S. District Court for the Eastern District of New York, and make this declaration pursuant to 28 U.S.C. § 1746.

      2.    Attached hereto as <u>Exhibit A</u> are copies of checks written from the checking account of Brook Enterprises Ltd. at Hudson Valley Bank, Account No. 2000728001 that were produced by Alison Bretherick.

      3.    Attached hereto as <u>Exhibit B</u> are copies of checks written from the checking account of Alison Bretherick at Hudson Valley Bank, Account No. 2000058806 that were produced by Alison Bretherick.

      I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: July 16, 2014
      New York, New York

                            */s/ Robert L. Rattet*
                            ROBERT L. RATTET

# EXHIBIT A
# (BROOK ENTERPRISES ACCOUNT)

Brock Enterprises

DATE April 7th, 2014

50-930/219
20

PAY TO THE ORDER OF _Alison Bretherick_ | $ 540.00

_Five Hundred forty and_ ——— °/oo DOLLARS

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR _CASH_

⑈000311⑈ ⑆021909300⑆ 2000728⑈00 1⑈

2000728001 $540.00
4/7/2014 09:52 11
DDA Cash On-Us Check 120 0082

4/7/2014 - 16548490 - Acct#:2000728001 - Amt:$540.00 - Chk#:311

Sheet 1

Brook Enterprises

DATE April 7th, 2014

50-930/219
20

PAY TO THE ORDER OF Driscoll & Redlich                    $ 40,000⁰⁰

Forty Thousand ad ———————————— ⁰/₁₀₀ DOLLARS

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR Lawyer Retainer

⑈000313⑈ ⑆021909300⑆ 2000728⑈001⑈

Cashiers Check Purchase DDA 120.00:
4/7/2014 10:05 13
2000728001 $40,000.00

4/7/2014 — 16548575 — Acct#:2000728001 — Amt:$40,000.00 — Chk#:313

Sheet 1



Brock Enterprises

DATE 4/22/14

50-330/219
20

PAY TO THE ORDER OF Five Thousand and

Alison Bretherick

$5,000.00

DOLLARS

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR CASH

⑆000323⑆ ⑆021909300⑆ 2000728⑆001 1⑆

>021909300<
Hudson Valley Bank #120
2014-04-22
0120080254

4/22/2014 - 80254 - Acct#:2000728001 - Amt:$5,000.00 - Chk#:323

**Sheet 1**

**BROOK ENTERPRISES LTD**
596 MERRICK RD
LYNBROOK, NY 11563-2312

1001

50-930/219
20

DATE _April 25th, 2014_

PAY
TO THE
ORDER OF _Alison Beetheeick_ | $ 5,000 00

_Five Thousand and_ ————— °/oo DOLLARS

**HUDSON VALLEY BANK**
230 BROADWAY, SUITE 2205, NEW YORK, NY 10279

FOR _CASH_

⑈00 100 1⑈ ⑆021909300⑆ 2000728⑈00 1⑈

>021909300<
Hudson Valley Bank #120
2014-04-25
0120268507

0120268507 2000728001 $5,000.00
4/25/2014 14:32 23
DDA Cash On-Us Check 120 0083

4/25/2014 - 268507 - Acct#:2000728001 - Amt:$5,000.00 - Chk#:1001

**Sheet 1**



**BROOK ENTERPRISES LTD**
596 MERRICK RD
LYNBROOK, NY 11563-2312

1002

50-930/219
20

DATE _April 25th, 2014_

PAY TO THE ORDER OF _Fischetti and Malgieri_ | $ _25,000 00_

_Twenty Five Thousand and_ _00/100_ DOLLARS

**HUDSON VALLEY BANK**
233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

FOR _Tax Fees / 2nd Retainee_

⑈00100 2⑈ ⑈021909300⑈ 2000 728⑈00 1⑈

4/28/2014 - 2235258 - Acct#:2000728001 - Amt:$25,000.00 - Chk#:1002

Sheet 1



**BROOK ENTERPRISES LTD**
696 MERRICK RD
LYNBROOK, NY 11563-2312

1003

50-930 719
20

DATE MAY 8, 2014

PAY TO THE ORDER OF  Milow Bretherick                              $ 975.00

Nine Hundred and Seventy Five and ———— 00/100 DOLLARS

**HUDSON VALLEY BANK**
233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

FOR

⑂001003⑂ ⑂021909300⑂ 2000728⑂0001⑂

Seq: 97
Batch: 199477
Date: 05/07/14

Seq:00097 05/07/14
BAT:199477 CC:1272009118
WT:01 LTPS:Jacksonville
BC:Canal St and Broadway BC N15-196

5/8/2014 - 2346199 - Acct#:2000728001 - Amt:$975.00 - Chk#:1003

**Sheet 1**



**BROOK ENTERPRISES LTD**
604 MERRICK RD
LYNBROOK, NY 11563 2312

1004

DATE _May 15th 2014_

PAY TO THE ORDER OF _Albert Brettedick_                    $ 975.⁰⁰

_Nive Hundred and seventy five_ ⁰⁰/₁₀₀ DOLLARS

**HUDSON VALLEY BANK**
515 BROADWAY, SUITE 20A, NEW YORK, NY 10178

FOR

⑆001004⑈ ⑈021909300⑈ 2000728001⑈

5/16/2014 - 2416164 - Acct#:2000728001 - Amt:$975.00 - Chk#:1004

**Sheet 1**

# EXHIBIT B
## (ALISON BRETHERICK ACCOUNT)



ANNE GEDDES

Alison Bretherick

**0093**

50-930/219
20

date **APRIL 3, 2014**

Pay to the order of **Goetz Fitzpatrick** _____ | $ **25,000** ⁰⁰

**Twenty Five thousand and** _____ ⁰⁄₁₀₀ dollars 🔒 Security features are included. Details on back.



**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

for **Legal services - Chapter 11** _____ MP

⑆021909300⑆ 2000058⑈806⑈ 0093

©2002 ANNE GEDDES

ANNE GEDDES™ WAN



4/4/2014 - 910003615 - Acct#:2000058806 - Amt:$25,000.00 - Chk#:93

**Sheet 1**

Alison Bretherick

DATE April 7, 2014

50-530/219
20

PAY TO THE ORDER OF Alison Bretherick                                    $ 6,537.⁰⁰

Six Thousand and five hundred thirty seven and — %⁰⁰ DOLLARS

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR CASH

⑈000310⑈ ⑆021909300⑆ 2000058⑈806⑈

DDA Cash On-Us Check 120 0082
4/7/2014 09:48 10
2000058806 $6,537.00

4/7/2014 - 16548495 - Acct#:2000058806 - Amt:$6,537.00 - Chk#:310

**Sheet 1**

Alison Brethrick

DATE April 7th 2014 50-930/219 20

PAY TO THE ORDER OF The law offices of Eric Franz $ 100,000 00

One Hundred Thousand and 0/00 DOLLARS

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR Lawyer Retainer

⑈000319⑈ ⑆021909300⑆ 2000058⑈806⑈

Cashiers Check Purchase DDA 120 00
4/7/2014 10:18 17
2000058806 $100,000.00

Guaranteed by maker for cashier's check # 451322

4/7/2014 - 16548545 - Acct#:2000058806 - Amt:$100,000.00 - Chk#:319

0095

50-930/219
20

Date 4 8 14

PAY TO THE ORDER OF  KORP Auto.                                          $ 500.00

Five Hundred and ———————— 00/100  Dollars

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

For ReFUNDABLE DEPOSIT

⑆021909300⑆ 2000058‖806‖ 0095

WILDLIFE PORTRAITS™ WWP

PAY TO THE ORDER OF
JPMORGAN CHASE, N.A.
NEW YORK, N.Y.
▼ 02100002 1 ▲
FOR DEPOSIT ONLY
KARP AUTOMOTIVE INC.
112017598

4/8/2014 - 2009318 - Acct#:2000058806 - Amt:$500.00 - Chk#:95

Sheet 1

0094

60-930/219
20

Date April 3, 2014

Pay to the
Order of _HERRICK_                              $ 35,000

_Thirty Five thousand and ———— °/oo_ Dollars

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

For _Thomas Hoey Jr Defense_

⑆021909300⑆ 2000058⑈806⑈ 0094

4/9/2014 - 2039234 - Acct#:2000058806 - Amt:$35,000.00 - Chk#:94

Sheet 1



0096

50-930/219
20

Date 4-8-14

Pay to the order of  Yolanda Hoey  $ 1,000

One Thousand ⁰⁰/₀₀ Dollars

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

For _____

⑈021909300⑈ 2000058⑈806⑈ 0096



4/10/2014 - 2052498 - Acct#:2000058806 - Amt:$1,000.00 - Chk#:96

Sheet 1

Alison Bretherick

DATE _April 11th 2014_          50-530/219
                                        20

PAY TO THE
ORDER OF _Eric Franz_                                    | $ _100,000_

_One Hundred Thousand_ _____ °/oo DOLLARS

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR _Legal Services_

⑆000318⑆ ⑆021909300⑆ 2000058⑈806⑆

For deposit
640747534665

4/14/2014 - 2081732 - Acct#:2000058806 - Amt:$100,000.00 - Chk#:318

**Sheet 1**

0098

60-830/219
20

Date 4/11/14

Pay to the
Order of Karp Auto                    $ 240.74

Two Hundred Forty and                    94/100 Dollars

HUDSON VALLEY BANK
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

For DMV Fees

⑆021909300⑆ 20000 58⑈806⑈ 0098

PAY TO THE ORDER OF
JPMORGAN CHASE, N.A.
NEW YORK, N.Y.
▶ 021000021 ◀
FOR DEPOSIT ONLY
KARP AUTOMOTIVE INC.
112017598

Alison Boetherick

DATE 4/22/14

50-930/219
20

PAY TO THE ORDER OF A lisou BRe The Rick | $ 7,200.00

Seven Thousand two Hundred DOLLARS

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR CASH

⑆000322⑆ ⑉021909300⑉ 2000058⑈806⑉

>021909300<
Hudson Valley Bank #120
2014-04-22
0120080253

DDA Cash On-Us Check 120 0082
4/22/2014 15:57 44
2000058806 $7,200.00

4/22/2014 - 80253 - Acct#:2000058806 - Amt:$7,200.00 - Chk#:322

Sheet 1

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

102

50-930/219
70

April 25th, 2014
Date

Pay to the
Order of _Alison Bretherick_                    $ 5,000.°°

_Five Thousand ad_                    °/₁₀₁₂    Dollars    

 **HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For_____

⑈021909300⑈ 2000058 806⑈ 0102

Howard Clarke

---

0120268505                    >021909300<
                    00'000'5$ 9088 Hudson Valley Bank #120
                    ⅛2 86:⅛⅃ ⅛⅃ 2014-04-25
                    5800 051 ꞰɔǝɥƆ S∩-uO ɥsɐꞭ ∀n∩    0120268505

4/25/2014 - 268505 - Acct#:2000058806 - Amt:$5,000.00 - Chk#:102

Sheet 1

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

104

50-930/219
20

April 28th 2014

Pay to the
Order of _Alison Bretherick_ | $ 4000.00

_Four Thousend and_ ⁰⁄₁₀₀ Dollars

**HUDSON VALLEY BANK**
233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _____

⑆021909300⑆ 2000058 806⑈ 0104

---

0120345253          >021909300<
                    806 Hudson Valley Bank #120
                    $4,000.00
                    2014-04-28
                    14 14:46 27
                    0120345253
          NNA Cash On-Us Check 120 0082

Alison Baethorick

DATE *April 22, 2014*                 50-930/215
                                            20

PAY
TO THE
ORDER OF  *Fischetti & Malgieri*                    | $ *25,000* 00

*Twenty Five Thousand and* ————— °/oo   DOLLARS

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

FOR *Tom Hoey Retainee*

⑅000347⑅ ⑆021909300⑆ 2000058⑅806⑅

PAY TO THE ORDER OF
JPMORGAN CHASE BANK, N.A.
FOR DEPOSIT ONLY
FISCHETTI & MALGIERI
OPERATING ACCOUNT
812622951

4/28/2014 - 2235257 - Acct#:2000058806 - Amt:$25,000.00 - Chk#:317

**Sheet 1**

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

101

50-930/219
20

April 23ᵉᵈ 2014
Date

Pay to the
Order of _T&M Protection Services_ | $ 9,000 ⁰⁰

_Nine Thousand and_ ———————— ⁰/₀₀ Dollars

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _Investigation Services_

⑆021909300⑆ 2000058 806⑈ 0101 ⑈0000900000⑈

Security
Features
Details on
Back.

⑈021909300⑈ 2000058 806⑈ 0101 ⑈0000900000⑈

JPMORGANCHASE BK NA   CR TO NMD

043014   >074909962<   PAYEE ALL

21639512   0005218   RTS RSVD

00955764  194  0000000945958056

5/1/2014 - 2272285 - Acct#:2000058806 - Amt:$9,000.00 - Chk#:101

Sheet 1

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

**103**

50-930/219
20

April 25th 2014
Date

Pay to the
Order of _Herrick Feinstein_ | $ 20,000 co

Twenty Thousand ord _____ %/oo Dollars

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _Bob Rollet Law Services_

⑈021909300⑈ 2000058 806⑈ 0103

PAY TO THE ORDER OF
CITIBANK, N.A.
NEW YORK, NY 10022-4695
021000089
FOR DEPOSIT ONLY
HERRICK FEINSTEIN LLP
MAIN OPERATING ACCOUNT
4971715165

5/1/2014 - 2273958 - Acct#:2000058806 - Amt:$20,000.00 - Chk#:103

Sheet 1

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

106

50-930/219
20

May 14, 2014
_Date_

Pay to the
Order of _Marie Hoey_                    $ 5,000

_Five Thousand and_                    ⁰⁰/₁₀₀ _Dollars_

**HUDSON VALLEY BANK**
233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _Lawyer_

⑆021909300⑆ 2000058 806⑈ 0106

>221970443< 20140515
STERLING NATIONAL BANK
411  21



✓ esds140515-2222

0099

50-930/219
20

Date 4.15.14

Pay to the
Order of T & M Protection Resources | $ 9,000⁰⁰

Nive Thousand and ———— °/₀₀ Dollars

**HUDSON VALLEY BANK**
WOOLWORTH OFFICE
233 BROADWAY, SUITE 2205
NEW YORK, N.Y. 10279

or Thomas Hoey upto incl.
invoice #

:021909300: 2000058806 0099

"This is a facsimile of the original check which was endorsed by the undersigned and was reported missing or destroyed or was otherwise photocopied or imaged while in the regular course of bank collection. All missing endorsements and the validity of this facsimile are hereby guaranteed upon payment hereof in lieu of the original check. The undersigned will hold each collection bank and the payor bank harmless from any loss suffered provided the original check is unpaid and payment is stopped thereon.
JPMorgan Chase Bank, N.A. 074000010

Case # esds140515-2222

Name K Burdges

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

108

50-930/219
20

May 15th, 2014
Date

Pay to the
Order of _Brian Kupchik_ | $ 2500.00

_Two Thousand and fivehundred_ — %00 Dollars

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _1st month Rent JUNE_



⑆021909300⑆ 2000058 806⑆ 0108

Harland Clarke

BLUE SHEFFIELD ™

5/20/2014 - 2010978 - Acct#:2000058806 - Amt:$2,500.00 - Chk#:108

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

107

50-930/219
20

May 15th 2014
Date

Pay to the
Order of _BRian KupChik_ | $ 2500 00

_Two Thousand five hundred and_ — %⁄₀₀ Dollars 🔒 Security Feature. Details on Back.

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _Security Deposit_                                    MP

⑆021909300⑆ 2000058 806⑈ 0107

Hudson Clarke                                   BLUE SHEET(1,1) ~

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

110

50 930/219
20

May 23rd, 2014
Date

Pay to the
Order of _Alison Bretherick_ | $ 2500.00

_Two Thousand Five Hundred and_ ——— °%00 Dollars 🔒

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For_____

MP

⑈021909300⑈ 2000058 806⑈ 0110

0120660755          >021909300<
                    Hudson Valley Bank #120
                    2014-05-23
                    0120660755
                    36
Aud Cash On-Us Check 120 0082

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

109

50-939/219
20

May 21st 2014
Date

Pay to the
Order of  Yolanda Hoey                                    $ 1,000 ⁰⁰

One Thousand and                                        °/₀₀  Dollars

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For_____

⑆021909300⑆ 2000058806⑈ 0109

Hudson Clarke

BLUE SHEFFIELD™

5/23/2014 - 2048844 - Acct#:2000058806 - Amt:$1,000.00 - Chk#:109

Sheet 1

**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

111

50-930/216

20

June 16, 2014

Pay to the
Order of _Cootz Fitzpatrick_    $ 15,000.⁰⁰

_Fifteen Thousand ad_    ⁰⁰/₁₀₀ Dollars

**HUDSON VALLEY BANK**
43300.24241
233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _FF Bankruptcy Chapt-11_

⑈021909300⑈ 2000058 806⑈ 011⑈



**ALISON BRETHERICK**
93 GLENWOOD AVE
POINT LOOKOUT, NY 11569-3006

112

50-930/219

20

June 18ᵗʰ, 2014
Date

Pay to the
Order of _Ellen Bruno_                                    $ 1,018.⁵⁰

_One Thousand and eighteen and_ ⁸⁰/₀₀ Dollars

**HUDSON VALLEY BANK**

233 BROADWAY, SUITE 2205, NEW YORK, NY 10279

For _Hoey Transcript, 194 pgs._

⑆021909300⑆ 2000058 806⑈ 0112

Harland Clarke

BLUE SHEFFIELD

---

Ellen J Bruno
222-1-1800491
For Deposit Only