UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Chiquita Fresh N.A., et al
v.
Long Island Banana Corp., et al    Civil case 14-982-GRB-AKT

OBJECTIONS TO THE COURT's SEPTEMBER 20, 2021 ORDER

Comes Now defendant, Thomas Hoey, acting pro se, Hereby Objects to this Court's September 20, 2021 Order for the following reasons:

1) Federal Rule of Civil Procedure gives this Court the authority to GRANTss plaintiff's request for dismissal over the objection of defendant only if that request occurred BEFORE defendant files a counterclaim. Fed. R. C. P. 41(a)(2) dictates:
"If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication."(See Federal Rule of Civil Procedure 41(a)(2)). Defendant filed his Counterclaim BEFORE plaintiff's motion for dismissal. (See Counterclaim DE #334, docket item 334, see Plaintiff's Motion to Dismiss Docket item 357.)

2) Defendant respectfully Objects to this Court's finding that, "any appewal from this ORder would not be taken in good faith", is in error, and this Court does not have the authroity to deem defendant's appeal in bad faith.

It is for the forgoing reasons I move thiss Court to reverse it's September 20, 2021 Order and Grant independent adjudication of defendant's counterclaim.

Respectfully Submitted, October 5, 2021

Thomas Hoey, pro se, individually, and as Owner of all companies
Lewisburg Prison Camp
PO Box 2000
Lewisburg, PA 17837

CERTIFICATE OF SERVICE

I, Thomas Hoey, hereby certify I mailed a true and correct copy of my Objections in the Forgoing to: McCarron & Diess, 576 Broadhollow Rd., Suite 105, Melville, NY 11747, today October 5, 2021 with First Class Stamps.

x _____
Thomas Hoey

Inmate Name: Thomas Huey
Register Number: 92147-054
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA 171
7 OCT 2021 PM 7 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2021 ★
LONG ISLAND OFFICE

Clerk of U.S. District Court
E.D.N.Y.
100 Federal Plaza
Central Islip, New York
11722