```
                                              FILED
                                         IN CLERK'S OFFICE
                                    U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK      ★  OCT 12 2021  ★

Chiquita Fresh, N.A. LLC, et al          LONG ISLAND OFFICE
v.
Long Island Banana Corp., et al          Civil case 14-cv-982-GRB_AKT
```

## NOTICE OF APPEAL

Thomas Hoey, defendant, Ceomes Now, hereby filing this Notice of Appeal, Moves this Honorable Court to accept this "NOTICE OF APPEAL", from the Orders and decisions in case 14-cv-982-GRB-AKT, since a final Order was filed on September 20, 2021 by this Courtt Please accept and file this pursuant to the "Prison Mail-box rule", HOU$TON V. LACK, Supreme Court, as filed today October 5, 2021.

Respectfully Submitted; October 5, 2021

_____
Thomas Hoey, pro se, defendant, individually, and Owner of all Companies
Lewisburg Prison Camp
PO Box 2000
Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I, Thomas Hoey, certify that I mailed a true and correct copy of this "NOTICE OF APPEAL", to: McCarron & Diess, 576 Broadhollow Rd., Suite 105, Melville, N.Y., 11747, today October 5, 2021, with first class stamps.

x_____
Thomas Hoey

Inmate Name: Thomas Hoey
Register Number: 92147-054
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA 171
7 OCT 2021 PM 7 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2021 ★
LONG ISLAND OFFICE

Clerk of U.S. District Court
E.D.N.Y.
100 Federal Plaza
Central Islip, New York
11722